**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern** District of **Virginia**

Case number **24-33168**

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

  ☐ No. Go to Part 2.
  ☑ Yes. Where is the property?

1.1 **Tax Map: 44-48-1, 2 acres**
Street address, if available, or other description

**Rolling Acres Road**

**VA**
City        State        ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
  ☐ Single-family home
  ☐ Duplex or multi-unit building
  ☐ Condominium or cooperative
  ☐ Manufactured or mobile home
  ☑ Land
  ☐ Investment property
  ☐ Timeshare
  ☐ Other _____

**Who has an interest in the property?** Check one.
  ☐ Debtor 1 only
  ☐ Debtor 2 only
  ☐ Debtor 1 and Debtor 2 only
  ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** **CTA: $1000**

**Source of Value:** **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$21,000.00

**Current value of the portion you own?**
$10,500.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

  ☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**    Case number *(if known)* **24-33168**

---

**1.2**    **Tax Map: 44-1, 16.96 acres**

Street address, if available, or other description

**Mathew Allen Land Skippers Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: 18700

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,800.00 | $2,900.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenant**

☐ **Check if this is community property** (see instructions)

---

**1.3**    **Tax Map: 35-3-D, 80.3 acres**

Street address, if available, or other description

**INT HWY 95-South Skippers Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: 100200

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $270,000.00 | $135,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenant**

☐ **Check if this is community property** (see instructions)

---

**1.4**    **Tax Map: 35-3-C, 93.04 acres**

Street address, if available, or other description

**E Side INT-HWY 95-South**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $230,400

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $331,000.00 | $165,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenant**

☐ **Check if this is community property** (see instructions)

---

Debtor __Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson__    Case number *(if known)* __24-33168__

---

**1.5** __Tax Map: 44-30, 123.72 acres__

Street address, if available, or other description

__E & W Side INT-HWY 301-South__

__VA__

City        State        ZIP Code

__Greensville__

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: __CTA: $201,000__

Source of Value: __June 1, 2024, Appraisal__

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $430,000.00 | $215,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Joint Tenant__

- ☐ **Check if this is community property** (see instructions)

---

**1.6** __Tax Map: 35-3-B, 14.078 acres__

Street address, if available, or other description

__Seaboard Coastline R/R Skippers Rd__

__VA__

City        State        ZIP Code

__Greensville__

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: __CTA: $10,600__

Source of Value: __June 1, 2024, Appraisal__

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $49,000.00 | $24,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Joint Tenant__

- ☐ **Check if this is community property** (see instructions)

---

**1.7** __Tax Map: 35-3-A, 2.7 acres__

Street address, if available, or other description

__Seaboard Coastline R/R Skippers Rd__

__VA__

City        State        ZIP Code

__Greensville__

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: __CTA: $2700__

Source of Value: __June 1, 2024, Appraisal__

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $20,000.00 | $10,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

__Joint Tenant__

- ☐ **Check if this is community property** (see instructions)

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                    Case number *(if known)* **24-33168**

---

1.8     **Tax Map: 35-3-1, 0.508 acres**

Street address, if available, or other description

**Skippers Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: $25,800**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $59,000.00 | $29,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

1.9     **Tax Map: 44-78B, 249.66 acres**

Street address, if available, or other description

**Skippers Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: $288,600**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $787,000.00 | $393,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

1.10     **Tax Map: 44-78, 105.208 acres**

Street address, if available, or other description

**Skippers Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: $169,800**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $332,000.00 | $166,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**     Case number *(if known)* **24-33168**

---

**1.11**   **Tax Map: 44A-1-5**

Street address, if available, or other description

**301 South & S Side**

**VA**

City    State    ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: 12500

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $12,500.00 | $6,250.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

☐ **Check if this is community property** (see instructions)

---

**1.12**   **Tax Map: 44A-1-4 & 44A-1-5**

Street address, if available, or other description

**301 South & S Side**

**VA**

City    State    ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
CTA: $12,500, two lots, trailer owned by aunt sits on the property (see S.O.F.A. No. __)

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $18,000.00 | $9,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

☐ **Check if this is community property** (see instructions)

---

**1.13**   **Tax Map: 44-78A, 8.822 acres**

Street address, if available, or other description

**5867 Skippers Road**

**VA**

City    State    ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $9700

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $33,000.00 | $16,500.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

☐ **Check if this is community property** (see instructions)

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**        Case number *(if known)* **24-33168**

---

**1.14**   **Tax Map: 44-48, 8.176 acres**

Street address, if available, or other description

**ST HWY 628 Rolling Acres Road**

**VA**
City        State        ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $9000

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$30,000.00**

Current value of the portion you own?   **$15,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

**1.15**   **Tax Map: 36-28, 121.28 acres**

Street address, if available, or other description

**Bass Road**

**VA**
City        State        ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $148,100

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$422,000.00**

Current value of the portion you own?   **$211,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

**1.16**   **44-78C, 10.97 acres**

Street address, if available, or other description

**5867 Skipper Road**

**Emporia, VA 23847**
City        State        ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA Value: $229,200.00

**Source of Value:** Debtors' estimate of value based on condition

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   **$300,000.00**

Current value of the portion you own?   **$300,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by Entirety**

- ☐ **Check if this is community property** (see instructions)

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

**1.17**  **Tax Map: 44-72, 30 acres**

Street address, if available, or other description

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $38,300

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$111,000.00** | **$55,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ................................................. ➔  **$1,765,650.00**

---

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

**3.1**

Make: **Chevrolet**

Model: **Truck**

Year: **2004**

Approximate mileage: **100,000+**

Other information:

**Silverado 25 LS V8, Current Tax Assessment $4300 VIN: 1GCHK29U44E218594**

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,300.00** | **$4,300.00** |

If you own or have more than one, describe here:

---

Debtor  **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

| 3.2 | Make: | **Toyota** |
| | Model: | **Sienna Handi Van** |
| | Year: | **2017** |
| | Approximate mileage: | **10,000** |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$22,050.00** | **$22,050.00** |

Other information:

> **Source of Value: Current Tax Assessment**
> **Sienna SE V6, Current Tax Assessment $22,050**
> **(Handicap accessible)**
> **VIN: 5TDXZ3DC9HS887830**

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

| 4.1 | Make: | **EZ Loader** |
| | Model: | **Trailer** |
| | Year: | **2014** |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$470.00** | **$470.00** |

Other information:

> **Source of Value: Current Tax Assessment**
> **Current Tax Assessment $470**
> **VIN: 1ZEAAAJE7EA00671**

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................. →

| **$26,820.00** |
|---|

---

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

> **Sofa, kitchen table, 4 kitchen chairs, 2 refrigerators, washer, dryer, 2 recliner chairs, nightstand, dresser, 2 chests of drawers, 2 king beds, 1 double bed, 1 twin bed, dresser w/ mirror, 5 TVs, 4 lamps, office desk, 2 office chairs, 3 gun safes**

| **$4,135.00** |
|---|

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

7. **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☑ No

   ☐ Yes. Describe. .........

8. **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☑ Yes. Describe. .........          **Workout equipment**          $400.00

10. **Firearms**

    *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No

    ☑ Yes. Describe. .........          **6 Firearms**          $2,300.00

11. **Clothes**

    *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☑ No

    ☐ Yes. Describe. .........

12. **Jewelry**

    *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No

    ☐ Yes. Describe. .........

13. **Non-farm animals**

    *Examples:*  Dogs, cats, birds, horses

    ☐ No

    ☑ Yes. Describe. .........          **8 pets**          $150.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

    ☐ Yes. Give specific information. .............

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                Case number *(if known)* **24-33168**

---

| 15. | **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ................................................................................................... ➔ | **$6,985.00** |
|---|---|---|

## Part 4: Describe Your Financial Assets

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes .......................................................................................................................  Cash: ...................

**17.  Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ....................                Institution name:

| | | |
|---|---|---:|
| 17.1. Checking account: | **First Bank & Trust Company** **Account Number: XXXX7118** | **$6,740.07** |
| 17.2. Checking account: | **First Bank & Trust Company** **Account Number: XXXX7126** | **$1,770.73** |
| 17.3. Checking account: | **First Bank & Trust Company** **On checking account for disabled daughter; all funds are hers** **Account Number: XXXX7084** | **$0.00** |
| 17.4. Checking account: | **First Bank & Trust Company** **On checking account with son, Ryan, but all funds are his** **VA Code § 6.2-606(A)** **Account Number: XXXXX7753** | **$0.00** |
| 17.5. Checking account: | **First Citizens Bank** **Account Number: 5632** | **$50.00** |
| 17.6. Checking account: | **First Citizens Bank** **Account Number: 5878** | **$50.00** |

**18.  Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ....................       Institution or issuer name:

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Farm & Moore, LLC** <br> **Formed postpetition** | **100.00%** | **$0.00** |
| **Innovative Forensic Investigations LLC** <br> **Private Investigation business** <br> **Formed 2019** | **100.00%** | **unknown** |
| **L&M Enterprises, LLC** <br> **Jennifer-50%** <br> **Sarah Link-50%** <br> **Formed 2021** <br> **This company owns a single vehicle.** | **50.00%** | **unknown** |
| **Moore Brothers Partnership** <br> **Partnership** <br> **Glenn Moore-50%** <br> **Donald Moore-50%** <br> **Formed 1998** <br> **Partnership owns a house at 3727 Skippers Rd** <br> **Cross collateralized, net value unknown** | **50.00%** | **unknown** |
| **Moore Farms of Skippers LLC** <br> **Glenn-100%** <br> **Agricultural Crops** <br> **Formed 2012** | **100.00%** | **unknown** |
| **Moore Venture LLC** <br> **Jennifer Moore -50%** <br> **Ryan Moore -50%** <br> **Formed 2024** <br> **Not operating at present** | **50.00%** | **$0.00** |
| **RPM Properties LLC** <br> **Glenn-50%** <br> **Jennifer-50%** <br> **Formed 2014** <br> **This company owns 1 acre of land, more or less, on Cedar Lane** <br> **Tax Map 35-44, CTA: $2000** | **50.00%** | **$1,000.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them....................

Issuer name:

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **11**

Debtor   **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                    Case number *(if known)* __24-33168__

---

21.  **Retirement or pension accounts**

     *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

     ☑ No

     ☐ Yes. List each
        account separately.   Type of account:        Institution name:

                              401(k) or similar plan:  _____        _____

                              Pension plan:            _____        _____

                              IRA:                     _____        _____

                              Retirement account:      _____        _____

                              Keogh:                   _____        _____

                              Additional account:      _____        _____

                              Additional account:      _____        _____

22.  **Security deposits and prepayments**

     Your share of all unused deposits you have made so that you may continue service or use from a company

     *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
                  others

     ☑ No

     ☐ Yes ......................          Institution name or individual:

                              Electric:                _____        _____

                              Gas:                     _____        _____

                              Heating oil:             _____        _____

                              Security deposit on rental unit:  _____        _____

                              Prepaid rent:            _____        _____

                              Telephone:               _____        _____

                              Water:                   _____        _____

                              Rented furniture:        _____        _____

                              Other:                   _____        _____

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

     ☑ No

     ☐ Yes .....................          Issuer name and description:

                                          _____        _____

                                          _____        _____

                                          _____        _____

---

Debtor   **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                    Case number *(if known)* **24-33168**

---

24.   **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
      26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

      ☑ No
      ☐ Yes ..................   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

      _____    _____

      _____    _____

      _____    _____

25.   **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

      ☑ No
      ☐ Yes. Give specific
        information about them. ...   _____   _____

26.   **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

      *Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

      ☑ No
      ☐ Yes. Give specific
        information about them. ...   _____   _____

27.   **Licenses, franchises, and other general intangibles**

      *Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

      ☑ No
      ☐ Yes. Give specific
        information about them. ...   _____   _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28.   **Tax refunds owed to you**

      ☑ No
      ☐ Yes. Give specific information about
        them, including whether you
        already filed the returns and
        the tax years. ...................   Federal: _____

                                            State: _____

                                            Local: _____

29.   **Family support**

      *Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
                  settlement

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

_____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

_____

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

_____

Official Form 106A/B                **Schedule A/B: Property**                page **14**

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**    Case number *(if known)* **24-33168**

---

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ....................................................................................................... ➡ | **$9,610.80** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                    % of ownership:

Debtor   **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                    Case number *(if known)* **24-33168**

---

43.  **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe. .........

44.  **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
information .........

45.  **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ............................................................................................... ➔   | **$0.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
| | **If you own or have an interest in farmland, list it in Part 1.** |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48.  **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
information. ............

Debtor  **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                    Case number *(if known)* **24-33168**

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** ................................................................................................. ➡          **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................................ ➡          **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ................................................................................................ ➡   **$1,765,650.00**

56. **Part 2: Total vehicles, line 5**                                                          **$26,820.00**

57. **Part 3: Total personal and household items, line 15**                                    **$6,985.00**

58. **Part 4: Total financial assets, line 36**                                                **$9,610.80**

59. **Part 5: Total business-related property, line 45**                                          **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**                                 **$0.00**

61. **Part 7: Total other property not listed, line 54**                   **+**                **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...............        **$43,415.80**   Copy personal property total ➡   **+**   **$43,415.80**

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

63.    **Total of all property on Schedule A/B.** Add line 55 + line 62. ..........................................................................................    **$1,809,065.80**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Virginia**_____

Case number   **24-33168**
(if known)

❑ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                 04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **44-78C, 10.97 acres**<br>**5867 Skipper Road**<br>**Emporia, VA 23847** | **$300,000.00** | ☑ **$100,000.00** | **Va. Code Ann. § 34-4** |
| Line from *Schedule A/B:* **1.1** | | ❑ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ❑ No

       ❑ Yes

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | Case number *(if known)* **24-33168** |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2004 Chevrolet Truck**<br>**VIN: 1GCHK29U44E218594 Silverado 25 LS V8, Current Tax Assessment $4300**<br><br>Line from *Schedule A/B:* **3.1** | **$4,300.00** | ☑ **$4,300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| Brief description: **2017 Toyota Sienna Handi Van**<br>**VIN: 5TDXZ3DC9HS887830 Sienna SE V6, Current Tax Assessment $22,050 (Handicap accessible)**<br><br>Line from *Schedule A/B:* **3.2** | **$22,050.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit<br>☑ **$22,050.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)**<br><br>**Va. Code Ann. § 34-26(6)** |
| Brief description: **Sofa, kitchen table, 4 kitchen chairs, 2 refrigerators, washer, dryer, 2 recliner chairs, nightstand, dresser, 2 chests of drawers, 2 king beds, 1 double bed, 1 twin bed, dresser w/ mirror, 5 TVs, 4 lamps, office desk, 2 office chairs, 3 gun safes**<br><br>Line from *Schedule A/B:* **6** | **$4,135.00** | ☑ **$4,135.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| Brief description: **Workout equipment**<br>Line from *Schedule A/B:* **9** | **$400.00** | ☑ | **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **6 Firearms**<br>Line from *Schedule A/B:* **10** | **$2,300.00** | ☑ | **$2,300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4b)** |
| Brief description: **8 pets**<br>Line from *Schedule A/B:* **13** | **$150.00** | ☑ | **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(5)** |
| Brief description: **First Bank & Trust Company**<br>**Checking account**<br>**Acct. No.: XXXX7118**<br>Line from *Schedule A/B:* **17** | **$6,740.07** | ☑ | **$6,740.07**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **First Bank & Trust Company**<br>**Checking account**<br>**Acct. No.: XXXX7126**<br>Line from *Schedule A/B:* **17** | **$1,770.73** | ☑ | **$1,770.73**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **First Citizens Bank**<br>**Checking account**<br>**Acct. No.: 5632**<br>Line from *Schedule A/B:* **17** | **$50.00** | ☑ | **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **First Citizens Bank**<br>**Checking account**<br>**Acct. No.: 5878**<br>Line from *Schedule A/B:* **17** | **$50.00** | ☑ | **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

Official Form 106C   **Schedule C: The Property You Claim as Exempt**   page **3** of **3**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Glenn**      **Randolph**      **Moore** |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse, if filing) | **Jennifer**      **Michelle Ferguson   Moore** |
| | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | **Eastern**      District of   **Virginia** |
| Case number (if known) | **24-33168** |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1  Benchmark Bank**
Creditor's Name

**9056 N Mecklenburg**
Number      Street

**South Hill, VA 23970**
City      State      ZIP Code

Describe the property that secures the claim:

**See Attachment**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Column A | Column B | Column C |
|---|---|---|
| $1,900,107.89 | $1,410,150.00 | $489,957.89 |

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____      Last 4 digits of account number   **2   0   0   7**

**Add the dollar value of your entries in Column A on this page. Write that number here:**   **$1,900,107.89**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | Case number *(if known)* **24-33168** |
|---|---|---|---|---|---|

| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| **Part 1:** | Additional Page | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | Do not deduct the value of collateral. | | If any |

**2.2**

| **Harvey Fertilizer and Gas Co.** | **Describe the property that secures the claim:** | $989,980.10 | $0.00 | $989,980.10 |
|---|---|---|---|---|

Creditor's Name

**Po Box 189**

| **See Attachment** |
|---|

Number        Street

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent

**Kinston, NC 28502-0189**

☑ Unliquidated

| City | State | ZIP Code |
|---|---|---|

❑ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

❑ Debtor 1 only

❑ An agreement you made (such as mortgage or secured car loan)

❑ Debtor 2 only

❑ Statutory lien (such as tax lien, mechanic's lien)

☑ Debtor 1 and Debtor 2 only

☑ Judgment lien from a lawsuit

❑ At least one of the debtors and another

❑ Other (including a right to offset)  _____

❑ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Last 4 digits of account number**   **0   4   9   2**

**Remarks:** Recorded November 3, 2023. Judgment Dkt 230000513

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$989,980.10** |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|

| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 1:** | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

### 2.3

| **Internal Revenue Service** | **Describe the property that secures the claim:** | **$41,036.73** | **$0.00** | **$41,036.73** |
|---|---|---|---|---|

Creditor's Name

**P O Box 7346**

Number        Street

**Philadelphia, PA 19101**

City             State          ZIP Code

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
☑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** **03/12/2024**        **Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** 2021 and 2022 income tax lien Recorded at No. 240000161

### 2.4

| **M & T Bank** | **Describe the property that secures the claim:** | **$27,740.00** | **$22,050.00** | **$5,690.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 62085**

Number        Street

**Baltimore, MD 21264-2146**

City             State          ZIP Code

**2017 Toyota Sienna Handi Van**
**Sienna SE V6, Current Tax Assessment $22,050 (Handicap accessible)**

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who owes the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

❑ An agreement you made (such as mortgage or secured car loan)
❑ Statutory lien (such as tax lien, mechanic's lien)
❑ Judgment lien from a lawsuit
❑ Other (including a right to offset) _____

**Date debt was incurred** _____        **Last 4 digits of account number** ___ ___ ___ ___

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$68,776.73** |
|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

| Part 1: | Additional Page<br><br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.5**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Specialized Loan Servicing LLC**<br>Creditor's Name | Describe the property that secures the claim: | **$255,780.00** | **$300,000.00** | **$0.00** |

**Attn: Bankruptcy**

**P.O. Box 630147**
Number        Street

| **44-78C, 10.97 acres**<br>5867 Skipper Road Emporia, VA 23847 |
|---|

**Littleton, CO 80163**
City         State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ❏ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Date debt was incurred    **7/1/2016**      Last 4 digits of account number    **7  2  4  1**

**2.6**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Truist Bank**<br>Creditor's Name | Describe the property that secures the claim: | **$1,015,574.00** | **$0.00** | **$1,015,574.00** |

**Po Box 849**
Number        Street

| **See Attachment** |
|---|

**Wilson, NC 27894-0849**
City         State      ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

Date debt was incurred    **10/24/2022**      Last 4 digits of account number    **1  7  7  3**

**Remarks:** Recorded March 23, 2024. Judgment Dkt 230000157

| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$1,271,354.00** | |
|---|---|---|
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | _____ | |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | |
| | First Name | Middle Name | Last Name | |

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| **Part 1:** | Additional Page | | Do not deduct the value of collateral. | | If any |
| | **After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | | | | |

**2.7**

| | |
|---|---|
| **Truist Bank** | Describe the property that secures the claim: |
| Creditor's Name | |
| **Po Box 849** | **See Attachment** |
| Number        Street | |

Amount of claim: **$284,065.00**   Value of collateral: **$44,220.00**   Unsecured portion: **$239,845.00**

| | **Wilson, NC 27894-0849** | |
|---|---|---|
| City | State | ZIP Code |

**As of the date you file, the claim is:** Check all that apply.

- ❏ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Who owes the debt?** Check one.

- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

- ❏ An agreement you made (such as mortgage or secured car loan)
- ❏ Statutory lien (such as tax lien, mechanic's lien)
- ☑ Judgment lien from a lawsuit
- ❏ Other (including a right to offset) _____

**Date debt was incurred** _____    **Last 4 digits of account number**    **1    7    6    8**

**Remarks:** Recorded March 23, 2023, Judgment Dkt 230000152

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$284,065.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$4,514,283.72** |

Debtor 1      **Glenn          Randolph          Moore**          Case number *(if known)* **24-33168**

Debtor 2      **Jennifer        Michelle Ferguson  Moore**
              First Name         Middle Name         Last Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
| --- | --- |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

1.
**Jennifer West, Esq**
Name
**411 E Franklin St Ste 600**
Number          Street

**Richmond, VA 23219-2200**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.1**

Last 4 digits of account number    __ __ __ __

2.
**Michael J. Parrish, Esq.**
Name
**Po Box 867**
Number          Street

**New Bern, NC 28563-0867**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.2**

Last 4 digits of account number    __ __ __ __

3.
**Peter M. Pearl, Esq.**
Name
**310 1st St Sw Ste 1100**
Number          Street

**Roanoke, VA 24011-1916**
City                    State          ZIP Code

On which line in Part 1 did you enter the creditor? **2.6**

Last 4 digits of account number    __ __ __ __

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

Attachment Page

**2.1** **Describe the property that secures the claim:**

Tax Map: 35-3-1, 0.508 acres
Skippers Road VA

Tax Map: 35-3-A, 2.7 acres
Seaboard Coastline R/R Skippers Rd VA

Tax Map: 35-3-B, 14.078 acres
Seaboard Coastline R/R Skippers Rd VA

Tax Map: 35-3-C, 93.04 acres
E Side INT-HWY 95-South VA

Tax Map: 35-3-D, 80.3 acres
INT HWY 95-South Skippers Road VA

Tax Map: 36-28, 121.28 acres
Bass Road VA

Tax Map: 44-1, 16.96 acres
Mathew Allen Land Skippers Road VA

Tax Map: 44-30, 123.72 acres
E & W Side INT-HWY 301-South VA

Tax Map: 44-48, 8.176 acres
ST HWY 628 Rolling Acres Road VA

Tax Map: 44-48-1, 2 acres
Rolling Acres Road VA

Tax Map: 44-78, 105.208 acres
Skippers Road VA

Tax Map: 44-78A, 8.822 acres
5867 Skippers Road VA

Tax Map: 44-78B, 249.66 acres
Skippers Road VA

Tax Map: 44A-1-4 & 44A-1-5
301 South & S Side VA

Official Form 106D          Attachment Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page __7__ of __10__

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | |
| | First Name | Middle Name | Last Name | |

Attachment Page

Tax Map: 44A-1-5
301 South & S Side VA

**2.2** **Describe the property that secures the claim:**

44-78C, 10.97 acres
5867 Skipper Road Emporia, VA 23847

Tax Map: 35-3-1, 0.508 acres
Skippers Road VA

Tax Map: 35-3-A, 2.7 acres
Seaboard Coastline R/R Skippers Rd VA

Tax Map: 35-3-B, 14.078 acres
Seaboard Coastline R/R Skippers Rd VA

Tax Map: 35-3-C, 93.04 acres
E Side INT-HWY 95-South VA

Tax Map: 35-3-D, 80.3 acres
INT HWY 95-South Skippers Road VA

Tax Map: 36-28, 121.28 acres
Bass Road VA

Tax Map: 44-1, 16.96 acres
Mathew Allen Land Skippers Road VA

Tax Map: 44-30, 123.72 acres
E & W Side INT-HWY 301-South VA

Tax Map: 44-48, 8.176 acres
ST HWY 628 Rolling Acres Road VA

Tax Map: 44-48-1, 2 acres
Rolling Acres Road VA

Tax Map: 44-78, 105.208 acres
Skippers Road VA

Tax Map: 44-78A, 8.822 acres
5867 Skippers Road VA

Tax Map: 44-78B, 249.66 acres
Skippers Road VA

Tax Map: 44A-1-4 & 44A-1-5
301 South & S Side VA

Official Form 106D          Attachment Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page __8__ of __10__

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

Attachment Page

Tax Map: 44A-1-5
301 South & S Side VA

---

**2.6**  **Describe the property that secures the claim:**

44-78C, 10.97 acres
5867 Skipper Road Emporia, VA 23847

Tax Map: 35-3-1, 0.508 acres
Skippers Road VA

Tax Map: 35-3-A, 2.7 acres
Seaboard Coastline R/R Skippers Rd VA

Tax Map: 35-3-B, 14.078 acres
Seaboard Coastline R/R Skippers Rd VA

Tax Map: 35-3-C, 93.04 acres
E Side INT-HWY 95-South VA

Tax Map: 35-3-D, 80.3 acres
INT HWY 95-South Skippers Road VA

Tax Map: 36-28, 121.28 acres
Bass Road VA

Tax Map: 44-1, 16.96 acres
Mathew Allen Land Skippers Road VA

Tax Map: 44-30, 123.72 acres
E & W Side INT-HWY 301-South VA

Tax Map: 44-48, 8.176 acres
ST HWY 628 Rolling Acres Road VA

Tax Map: 44-48-1, 2 acres
Rolling Acres Road VA

Tax Map: 44-78, 105.208 acres
Skippers Road VA

Tax Map: 44-78A, 8.822 acres
5867 Skippers Road VA

Tax Map: 44-78B, 249.66 acres
Skippers Road VA

Tax Map: 44-78C
US HWY 301 South VA

Tax Map: 44A-1-4 & 44A-1-5
301 South & S Side VA

Official Form 106D          Attachment Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page **9** of **10**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | Case number *(if known)* **24-33168** |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | | |
| | First Name | Middle Name | Last Name | | |

■ Attachment Page

Tax Map: 44A-1-5
301 South & S Side VA

2.7 **Describe the property that secures the claim:**

44-78C, 10.97 acres
5867 Skipper Road Emporia, VA 23847

Tax Map: 35-3-1, 0.508 acres
Skippers Road VA

Tax Map: 35-3-A, 2.7 acres
Seaboard Coastline R/R Skippers Rd VA

Tax Map: 35-3-B, 14.078 acres
Seaboard Coastline R/R Skippers Rd VA

Tax Map: 35-3-C, 93.04 acres
E Side INT-HWY 95-South VA

Tax Map: 35-3-D, 80.3 acres
INT HWY 95-South Skippers Road VA

Tax Map: 36-28, 121.28 acres
Bass Road VA

Tax Map: 44-1, 16.96 acres
Mathew Allen Land Skippers Road VA

Tax Map: 44-30, 123.72 acres
E & W Side INT-HWY 301-South VA

Tax Map: 44-48, 8.176 acres
ST HWY 628 Rolling Acres Road VA

Tax Map: 44-48-1, 2 acres
Rolling Acres Road VA

Tax Map: 44-78, 105.208 acres
Skippers Road VA

Tax Map: 44-78A, 8.822 acres
5867 Skippers Road VA

Tax Map: 44-78B, 249.66 acres
Skippers Road VA

Tax Map: 44-78C
US HWY 301 South VA

Tax Map: 44A-1-4 & 44A-1-5
301 South & S Side VA

Tax Map: 44A-1-5
301 South & S Side VA

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Virginia**_____

Case number   **24-33168**
(if known)

❑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B:* **Property (Official Form 106A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G). Do not include any creditors with partially secured claims that are listed in** *Schedule D: Creditors Who Have Claims Secured by Property.* **If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.   Do any creditors have priority unsecured claims against you?**
   ❑ No. Go to Part 2.
   ☑ Yes.

**2.   List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1   Internal Revenue Service**
Priority Creditor's Name

**P O Box 7346**
Number      Street

**Philadelphia, PA 19101**
City            State       ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

| Total claim | Priority amount | Nonpriority amount |
|---|---|---|
| $124,019.00 | $124,019.00 | $0.00 |

**Remarks:** 2023 Income Taxes

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | Case number *(if known)* **24-33168** |
|---|---|---|---|---|---|

| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Part 1: | **Your PRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

**2.2**

**Virginia Department of Taxation**
Priority Creditor's Name

**Atten: Bankruptcy Unit**

**PO Box 2156**
Number          Street

**Richmond, VA 23218**
City          State          ZIP Code

**Who incurred the debt?** Check one.
❏ Debtor 1 only
❏ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❏ At least one of the debtors and another
❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❏ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
❏ Contingent
❏ Unliquidated
❏ Disputed

**Type of PRIORITY unsecured claim:**
❏ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❏ Claims for death or personal injury while you were intoxicated
❏ Other. Specify _____

**Total claim** $28,464.00   **Priority amount** $28,464.00   **Nonpriority amount** $0.00

**Remarks:** 2023 Income Taxes

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

❑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 Americot, Inc.

Nonpriority Creditor's Name

**5013 122nd St**

Number                    Street

**Lubbock, TX 79424-8281**

City                State            ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$96,899.00**

### 4.2 Benchmark Bank

Nonpriority Creditor's Name

**9056 N Mecklenburg**

Number                    Street

**South Hill, VA 23970**

City                State            ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** 1 0 0 7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**$51,787.74**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**      **Your NONPRIORITY Unsecured Claims – Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.3** **CNH Industrial Capital**

Nonpriority Creditor's Name

**PO Box 71264**

Number          Street

**Philadelphia, PA 19176**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**      **1    3    4    3**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$36,323.00**

---

**4.4** **Donald Moore**

Nonpriority Creditor's Name

**3727 Skippers Rd**

Number          Street

**Skippers, VA 23879-2070**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**      __  __  __  __

**When was the debt incurred?**      **2022**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$114,798.46**

**Remarks:** potential contribution claim

---

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.5**

**Harvey Fertilizer and Gas Co.**
Nonpriority Creditor's Name

**Po Box 189**
Number          Street

**Kinston, NC 28502-0189**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __  __ __  __ __  __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Total claim: $494,429.24**

**4.6**

**Internal Revenue Service**
Nonpriority Creditor's Name

**P O Box 7346**
Number          Street

**Philadelphia, PA 19101**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **2  0  2  0**

**When was the debt incurred?** **10/30/2023**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Total claim: $56,811.00**

**Remarks:** 2020 Income Tax lien
Recorded at No. 230000511
Upon information and belief, this claim satisfied 1/4/24

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims** — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7** **James River Equipment**

Nonpriority Creditor's Name

**98 Expo Road**

Number          Street

**Fishersville, VA 22939**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**$30,144.00**

**Remarks:** Believes creditor waived balance of debt

**4.8** **John Deere Financial**

Nonpriority Creditor's Name

**P.O. Box 6600**

Number          Street

**Johnston, IA 50131**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **5  5  5  6**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  _____

**$20,055.00**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.9** **JP Morgan Chase Bank**

Nonpriority Creditor's Name

**MailCode LA4-7100**

**700 Kansas Lane**

Number          Street

**Monroe, LA 71203**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number    **1   5   9   2**

**When was the debt incurred?**          **3/1/1995**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **CreditCard**

**$6,097.00**

---

**4.10** **Local Seed Company n/k/a Revere Seed**

Nonpriority Creditor's Name

**3130 US-61**

Number          Street

**Leland, MS 38756**

City                    State                    ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

**$70,000.00**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

### 4.11 M&T Credit Services

Nonpriority Creditor's Name

**Legal Document Processing**

**1100 Wherle Dr**

Number          Street

**Williamsville, NY 14221**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   0   0   1**

**When was the debt incurred?**    **2/1/2018**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Recreational**

**$27,740.00**

### 4.12 Quality Equipment

Nonpriority Creditor's Name

**307 S Main St**

Number          Street

**Seaboard, NC 27876**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   _____

**$36,932.00**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.13** **Ryan Moore and RPM Farms, LLC**

Nonpriority Creditor's Name

**Po Box 100**

Number          Street

**Skippers, VA 23879**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**unknown**

**4.14** **Suntrust Bank n/k/a Truist Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy Mail Code VA-RVW**

**PO Box 85092**

Number          Street

**Richmon, VA -629023286**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** **9 4 9 0**

**When was the debt incurred?** **3/1/2018**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CreditCard**

**$13,903.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **24-33168**

| | | | |
|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| | First Name | Middle Name | Last Name |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

**4.15** **Synchrony Bank/Lowes**
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**
Number          Street

**Orlando, FL 32896**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   **6  6  5  8**

**When was the debt incurred?**          **1/1/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **ChargeAccount**

**$17,976.00**

---

**4.16** **U.S. Small Business Administration**
Nonpriority Creditor's Name

**409 3rd St. SW**
Number          Street

**Washington, DC 20416**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify _____

**$72,783.00**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.17**

**U.S. Small Business Administration**
Nonpriority Creditor's Name

**409 3rd St. SW**
Number          Street

**Washington, DC 20416**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

**Total claim: $59,517.00**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|

| Debtor 2 | **Jennifer** | **Michelle Ferguson Moore** | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**1.**
**P. George Eliades, II, Esq.**
Name
**14000 N Enon Church Rd**
Number       Street

**Chester, VA 23836-3312**
City                 State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**2.**
**Transworld Systems**
Name
**Po Box 15130**
Number       Street

**Wilmington, DE 19850-5130**
City                 State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.9** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**3.**
**Revere**
Name
**802 Rozelle St**
Number       Street

**Memphis, TN 38104-5052**
City                 State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.10** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**4.**
**Truist Bank**
Name
**Po Box 85041**
Number       Street

**Richmond, VA 23285-5041**
City                 State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.14** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

**5.**
**Client Services, Inc.**
Name
**3451 Harry S Truman Blvd**
Number       Street

**St Charles, MO 63301-0000**
City                 State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of *(Check one):*
- ☐ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | |
| | First Name | Middle Name | Last Name | |

## Part 4:   Add the Amounts for Each Type of Unsecured Claim

6.   **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $152,483.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $152,483.00 |

|  |  |  |  | Total claim |
|---|---|---|---|---:|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $1,206,195.44 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $1,206,195.44 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Glenn**　　　**Randolph**　　　**Moore** |
| | First Name　　Middle Name　　Last Name |
| Debtor 2 | **Jennifer**　　**Michelle Ferguson　Moore** |
| (Spouse, if filing) | First Name　　Middle Name　　Last Name |
| United States Bankruptcy Court for the: | **Eastern District of Virginia** |
| Case number (if known) | **24-33168** |

☐ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** **Ole South Farms LLC**<br>Name<br>**Po Box 100**<br>Number　　Street<br>**Skippers, VA 23879-0100**<br>City　　　　State　ZIP Code | **Real Estate Sales Contract**<br>**Contract to be ASSUMED** |
| **2.2** **RPM Farms, LLC**<br>Name<br>**Po Box 100**<br>Number　　Street<br>**Skippers, VA 23879**<br>City　　　　State　ZIP Code | **Farmland lease**<br>**Contract to be ASSUMED** |
| **2.3** **SolAmerica Energy, LLC**<br>Name<br>**190 Ottley Dr Ne Studio H**<br>Number　　Street<br>**Atlanta, GA 30324-4060**<br>City　　　　State　ZIP Code | **Option to purchase Debtors' land**<br>**Contract to be ASSUMED** |
| **2.4** **Wall Residences**<br>Name<br>**Po Box 235**<br>Number　　Street<br>**Floyd, VA 24091-0235**<br>City　　　　State　ZIP Code | **Family Provider Services**<br>**Contract to be ASSUMED** |

Debtor 1    **Glenn          Randolph          Moore**
Debtor 2    **Jennifer        Michelle Ferguson      Moore**

Case number *(if known)* **24-33168**

First Name       Middle Name       Last Name

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|

**2.5**

**Wheeler Rental Properties, LLC**
Name
**300 S Main St**
Number    Street
**Emporia, VA 23847-2028**
City           State    ZIP Code

Office lease
Contract to be: ASSUMED

**2.__**

Name

Number    Street

City           State    ZIP Code

**2.__**

Name

Number    Street

City           State    ZIP Code

**2.__**

Name

Number    Street

City           State    ZIP Code

**2.__**

Name

Number    Street

City           State    ZIP Code

**2.__**

Name

Number    Street

City           State    ZIP Code

**2.__**

Name

Number    Street

City           State    ZIP Code

**2.__**

Name

Number    Street

City           State    ZIP Code

Official Form 106G        **Schedule G: Executory Contracts and Unexpired Leases**                    page 1 of 2

Fill in this information to identify your case:

| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Virginia** _____

Case number   **24-33168**
(if known)

❑ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.    **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

❑ No
☑ Yes

2.    **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

❑ No

❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent

_____
Number          Street

_____
City          State          ZIP Code

3.    In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F*, or *Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.1**
**Moore Brothers Partnership**
Name

**PO Box 328**
Number          Street

**Skippers, VA 23879**
City          State          ZIP Code

☑ Schedule D, line _____ **2.1** _____
☑ Schedule E/F, line _____ **4.2** _____
❑ Schedule G, line _____

**3.2**
**Moore Brothers Partnership**
Name

**PO Box Box 328**
Number          Street

**Skippers, VA 23879**
City          State          ZIP Code

☑ Schedule D, line _____ **2.1** _____
☑ Schedule E/F, line _____ **4.2** _____
❑ Schedule G, line _____

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|

| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

### Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |

**3.3** **Moore Farms of Skippers LLC**
Name

**300 S Main St**
Number            Street

**Emporia, VA 23847-2028**
City            State            ZIP Code

☑ Schedule D, line __**2.1**__
☑ Schedule E/F, line __**4.3, 4.7, 4.10, 4.12**__
☐ Schedule G, line _____

**3.4** **Moore Farms of Skippers Partnership**
Name

**300 S Main St**
Number            Street

**Emporia, VA 23847-2028**
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.1, 4.16**__
☐ Schedule G, line _____

**3.5** **Southern Farms of VA LLC**
Name

**300 S Main St**
Number            Street

**Emporia, VA 23847-2028**
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __**4.8**__
☐ Schedule G, line _____

Official Form 106H            **Schedule H: Codebtors**            page _2_ of _2_

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Glenn**          **Randolph**          **Moore** |
|---|---|
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jennifer**          **Michelle Ferguson  Moore** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | **Eastern District of Virginia** |
| Case number (if known) | **24-33168** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income                                                          **12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Employment

| 1. **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed ☐ Not Employed | ☐ Employed ☑ Not Employed |
| | **Occupation** | **Self-employed (but going to pay self as W-2)** | |
| Include part time, seasonal, or self-employed work. | **Employer's name** | **Innovative Forensic Investigations, LLC** | |
| | **Employer's address** | **Po Box 10** | |
| Occupation may include student or homemaker, if it applies. | | Number Street | Number Street |
| | | **Skippers, VA 23879-0010** | |
| | | City          State     Zip Code | City          State     Zip Code |
| | **How long employed there?** | **4 years 9 months** | |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. **$2,917.00** | **$0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + **$0.00** | + **$0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. **$2,917.00** | **$0.00** |

Debtor 1  **Glenn**       **Randolph**              **Moore**

Debtor 2  **Jennifer**    **Michelle Ferguson**     **Moore**                    Case number *(if known)* **24-33168**

 First Name        Middle Name              Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | **Copy line 4 here**..............................................................→  4. | **$2,917.00** | **$0.00** |
| 5. | **List all payroll deductions:** | | |
| | 5a. **Tax, Medicare, and Social Security deductions**  5a. | **$416.00** | **$0.00** |
| | 5b. **Mandatory contributions for retirement plans**  5b. | **$0.00** | **$0.00** |
| | 5c. **Voluntary contributions for retirement plans**  5c. | **$0.00** | **$0.00** |
| | 5d. **Required repayments of retirement fund loans**  5d. | **$0.00** | **$0.00** |
| | 5e. **Insurance**  5e. | **$0.00** | **$0.00** |
| | 5f. **Domestic support obligations**  5f. | **$0.00** | **$0.00** |
| | 5g. **Union dues**  5g. | **$0.00** | **$0.00** |
| | 5h. **Other deductions.** Specify: _____  5h. + | **$0.00** + | **$0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6. | **$416.00** | **$0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. | **$2,501.00** | **$0.00** |

8. **List all other income regularly received:**

   8a. **Net income from rental property and from operating a business, profession, or farm**

   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 8a. | **$0.00** | **$0.00** |
| 8b. **Interest and dividends**  8b. | **$0.00** | **$0.00** |

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 8c. | **$0.00** | **$0.00** |
| 8d. **Unemployment compensation**  8d. | **$0.00** | **$0.00** |
| 8e. **Social Security**  8e. | **$0.00** | **$0.00** |

   8f. **Other government assistance that you regularly receive**

   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

   Specify: **See additional page**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 8f. | **$0.00** | **$10,833.40** |
| 8g. **Pension or retirement income**  8g. | **$0.00** | **$0.00** |
| 8h. **Other monthly income.** Specify: **See additional page**  8h. + | **$5,768.50** + | **$3,333.00** |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9. | **$5,768.50** | **$14,166.40** | |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse  10. | **$8,269.50** + | **$14,166.40** = | **$22,435.90** |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____  11. + **$0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies  12. **$22,435.90**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  **Ms. Moore's business, Innovative Forsensic Investigations, LLC, has recently resumed full operations but does not expect to be able to pay Ms. Moore until the end of 2024 or thereafter. At this time, she intends to set herself up on payroll at the estimated amounts above starting 1/1/25.**

| | |
|---|---|
| Debtor 1   **Glenn      Randolph      Moore** | |
| Debtor 2   **Jennifer   Michelle Ferguson   Moore** | Case number *(if known)*  **24-33168** |
| First Name   Middle Name   Last Name | |

| | Amount |
|---|---:|
| **8f.** **Other government assistance that you regularly receive For Debtor 2 or non-filing spouse** | |
| **Other Government Assistance - for disabled daughter (via Wall Residence)** | **$10,126.15** |
| **Other Government Assistance - Housing from daughter's soc sec** | **$707.25** |
| **8h.** **Other monthly income For Debtor 1** | |
| **Farm Rental** | **$768.50** |
| **Contract farm-related work for RPM Farms** | **$5,000.00** |
| **8h.** **Other monthly income For Debtor 2 or non-filing spouse** | |
| **Contract farm-related work for RPM Farms** | **$3,333.00** |

| Fill in this information to identify your case: | |
|---|---|

**Debtor 1**  **Glenn**  **Randolph**  **Moore**
First Name   Middle Name   Last Name

**Debtor 2**  **Jennifer**  **Michelle Ferguson  Moore**
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  **Eastern District of Virginia**

Case number  **24-33168**
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent...............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 31 | ☐ No. ☑ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |
| | | ☐ No. ☐ Yes. |

3. **Do you include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$0.00** |
| **If not included in line 4:** | | |
| 4a.  Real estate taxes | 4a. | **$0.00** |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$375.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* | **24-33168** |
| | First Name | Middle Name | Last Name | | |

|  | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $1,497.00 |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. $437.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $0.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $0.00 |
| | 6d.  Other. Specify: _____ | 6d. $0.00 |
| 7. | **Food and housekeeping supplies** | 7. $1,000.00 |
| 8. | **Childcare and children's education costs** | 8. $9,114.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $150.00 |
| 10. | **Personal care products and services** | 10. $100.00 |
| 11. | **Medical and dental expenses** | 11. $250.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $100.00 |
| 14. | **Charitable contributions and religious donations** | 14. $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $0.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $175.00 |
| | 15d. Other insurance. Specify: _____ | 15d. $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Quarterly income taxes, pro rated** | 16. $2,500.00 |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1 **2017 Toyota Sienna Handi Van** | 17a. $705.00 |
| | 17b. Car payments for Vehicle 2 | 17b. $0.00 |
| | 17c. Other. Specify: _____ | 17c. $0.00 |
| | 17d. Other. Specify: _____ | 17d. $0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18. $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

Official Form 106J                 **Schedule J: Your Expenses**                 page **2**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | |
|----------|-----------|--------------|-----------|--|--|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* | **24-33168** |
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: **Haircare, grooming**                    21.    **+**            **$135.00**

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.                                    22a.            **$17,038.00**

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.            **$0.00**

   22c. Add line 22a and 22b. The result is your monthly expenses.    22c.            **$17,038.00**

23. **Calculate your monthly net income.**

   23a. Copy line 12 (your combined monthly income) from *Schedule I*.    23a.            **$22,435.90**

   23b. Copy your monthly expenses from line 22c above.              23b.    **–**        **$17,038.00**

   23c. Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income.*                     23c.            **$5,397.90**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

   For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

   ☑ No.
   ☐ Yes.

   | None |
   |------|

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Eastern District of Virginia**

Case number    **24-33168**
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*................................................................... | **$1,765,650.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*..................................................... | **$43,415.80** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*.................................................................. | **$1,809,065.80** |

### Part 2:  Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$4,514,283.72** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$152,483.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | **+    $1,206,195.44** |
| Your total liabilities | **$5,872,962.16** |

### Part 3:  Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................. | **$22,435.90** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*...................................................................... | **$17,038.00** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **24-33168**

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☑ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☐ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson   Moore** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Virginia** | |
| Case number (if known) | **24-33168** | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

**X** **/s/ Glenn Randolph Moore**

Glenn Randolph Moore, Debtor 1

Date **09/09/2024**
  MM/  DD/  YYYY

**X** **/s/ Jennifer Michelle Ferguson Moore**

Jennifer Michelle Ferguson Moore, Debtor 2

Date **09/09/2024**
  MM/  DD/  YYYY

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:    **Eastern District of Virginia**

Case number    **24-33168**
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    **04/22**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To   _____ | ☐ Same as Debtor 1<br>_____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To   _____ |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To   _____ | _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To   _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | |

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$73,518.75** | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$24,506.25** |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$751,546.00** | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$106.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$259,170.00** | ❏ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$167,039.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

❏ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | SolAmerica Energy | **$2,000.00** | Draws from Innovative Forensic Investigations LLC | **$19,959.94** |
| **For last calendar year:**<br>(January 1 to December 31, **2023** )<br>YYYY | Taxable Interest<br>SolAmerica | **$97.00**<br>**$2,000.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022** )<br>YYYY | Timber Sales | **$71,386.00** | | |

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **2**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

❑ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

❑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

❑ No. Go to line 7.

❑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **Connexus Credit Union** <br> Creditor's Name | **07/1/2024** | **$14,303.00** | **$0.00** | ❑ Mortgage |
| **Attn: Bankruptcy** | | | | ❑ Car |
| | | | | ❑ Credit card |
| **PO Box 8026** <br> Number Street | | | | ❑ Loan repayment |
| | | | | ❑ Suppliers or vendors |
| **Wausau, WI 54402** <br> City State ZIP Code | | | | **Paid off at sale of** <br> ☑ Other **collateral** |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | | | |
| Number Street | | | | |
| City State ZIP Code | | | | |

Official Form 107      **Statement of Financial Affairs for Individuals Filing for Bankruptcy**      page **3**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* **24-33168**

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

❏ No

☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Ryan Moore**<br>Insider's Name<br>**Po Box 100**<br>Number    Street<br><br>**Skippers, VA 23879-0100**<br>City          State    ZIP Code | **07/01/2024** | **$14,303.00** | **$0.00** | **Sold jointly (with son) titled boat to unrelated third party and satisfied this secured debt that his son and he cosigned.** |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

❏ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Truist Bank v. Moore, Jennifer L**<br><br>Case number **CL20230004443** | **Judgment** | **Fairfax Circuit Court**<br>Court Name<br>**4110 Chain Bridge Road**<br>Number    Street<br>**Fairfax, VA 22030**<br>City          State    ZIP Code | ❏ Pending<br>❏ On appeal<br>☑ Concluded |
| Case title | **Harvey Fertilizer & Gas Co v. Glenn Randolph Moore, et als**<br><br>Case number **CL23000492** | **Judgment** | **Hopewell Circuit Court**<br>Court Name<br>**100 E. Broadway, Room 251**<br>Number    Street<br>**Hopewell, VA 23860**<br>City          State    ZIP Code | ❏ Pending<br>❏ On appeal<br>☑ Concluded |
| Case title | **Americot, Inc.**<br><br>Case number **081CL22000190-00** | **Collection** | **Greensville County Circuit Court**<br>Court Name<br>**315 S Main St**<br>Number    Street<br>**Emporia, VA 23847-2027**<br>City          State    ZIP Code | ☑ Pending<br>❏ On appeal<br>❏ Concluded |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Internal Revenue Service**<br>Creditor's Name<br><br>**PO Box 7346**<br>Number      Street | **All real estate, Notice of Federal Tax Lien for 2020 tax year recorded at #230000511, in amount of $56,811.40** | **10/30/2023** | **$0.00** |

**Explain what happened**

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☑ Property was attached, seized, or levied.

**Philadelphia, PA 19101**
City                State      ZIP Code

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Internal Revenue Service**<br>Creditor's Name<br><br>**PO Box 7346**<br>Number      Street | **All real estate, Notice of Federal Tax Lien for 2021-2022 tax years recorded at #240000161, in amount of $37,180.68** | **03/12/2024** | **$0.00** |

**Explain what happened**

☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☑ Property was attached, seized, or levied.

**Philadelphia, PA 19101**
City                State      ZIP Code

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br><br>Number      Street | | | |

City                State      ZIP Code          Last 4 digits of account number: XXXX– __ __ __ __

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

Official Form 107                **Statement of Financial Affairs for Individuals Filing for Bankruptcy**                page **5**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* | **24-33168** |
| | First Name | Middle Name | Last Name | | |

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❏ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ Number     Street | | | |
| _____ City                    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

❏ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name | | _____ | _____ |
| _____ | | _____ | _____ |
| _____ Number     Street | | | |
| _____ City               State    ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

❏ Yes. Fill in the details.

Debtor 1 **Glenn          Randolph          Moore**

Debtor 2 **Jennifer      Michelle Ferguson      Moore**          Case number *(if known)* **24-33168**

First Name          Middle Name          Last Name

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |
| | | _____ | _____ |

## Part 7:  List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❏ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Cox Law Group** | **Court's filing fee; Credit Report; Credit Counseling & Debtor Ed.; Title work expenses; Attorney's Fees; ; ; ; ;** | | |
| Person Who Was Paid | | 08/26/2024 | $278.00 |
| **900 Lakeside Dr** | | 08/23/2024 | $90.00 |
| Number      Street | | 08/23/2024 | $30.00 |
| | | 06/07/2024 | $624.00 |
| **Lynchburg, VA 24501-2602** | | 03/31/2024 | $1,360.00 |
| City          State     ZIP Code | | 04/30/2024 | $2,840.00 |
| **www.coxlawgroup.com** | | 05/31/2024 | $5,720.00 |
| Email or website address | | 06/30/2024 | $1,680.00 |
| | | 07/31/2024 | $3,680.00 |
| Person Who Made the Payment, if Not You | | 08/23/2024 | $6,748.00 |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

❏ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |
| Person Who Was Paid | | | |
| | | _____ | _____ |
| Number      Street | | _____ | _____ |
| | | | |
| | | | |
| City          State     ZIP Code | | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **7**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

❑ No

☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **RPM Farms** <br> Person Who Received Transfer <br><br> **Po Box 100** <br> Number     Street <br><br> **Skippers, VA 23879-0100** <br> City          State     ZIP Code <br><br> Person's relationship to you <br> **Son's company** | **2019 Ford FD-F150 XLT V8** | **Son Ryan Moore was co-owner of truck; $40,231.32; proceeds used to satisfy secured loan to Langley Federal Credit Union** | **11/10/2023** |
| **Unrelated Third Party** <br> Person Who Received Transfer <br><br> Number     Street <br><br> City          State     ZIP Code <br><br> Person's relationship to you <br> **none** | **2018 Aluminum Ranger Boat RGR95083K718, CTA value $10,210; and 2018 Ranger Boat Trailer MPV1862CBT TRL, CTA value $1290** | **$15,000.00** | **5/23/24** |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

❑ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | |

**Part 8:** List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

❑ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Atlantic Union Bank**<br>Name of Financial Institution | XXXX– **3  2  0  7** | ☑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other ———— | **11/30/2023** | **$125.00** |
| **100 Dominion Dr**<br>Number      Street | | | | |
| **Emporia, VA 23847-1222**<br>City        State    ZIP Code | | | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

❑ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| <br>Name of Financial Institution | <br>Name | | ❑ No<br>❑ Yes |
| <br>Number      Street | <br>Number      Street | | |
| <br>City        State    ZIP Code | <br>City            State    ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

❑ Yes. Fill in the details.

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | |

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____<br>**Name of Storage Facility** | _____<br>**Name** | | ❏ No<br>❏ Yes |
| _____<br>**Number    Street** | _____<br>**Number    Street** | | |
| _____<br>**City        State    ZIP Code** | _____<br>**City          State    ZIP Code** | | |

---

**Part 9:** Identify Property You Hold or Control for Someone Else

---

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

❏ No

☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **Megan Moore**<br>Owner's Name<br><br>**5867 Skipper Road**<br>Number    Street<br><br>_____<br>**Emporia, VA 23847**<br>City        State    ZIP Code | _____<br>Number    Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | **First Citizen's Bank Account Debtors are listed as guardians on the account for their disabled daughter, Megan.** | **$50.00** |
| **Frances Williams**<br>Owner's Name<br><br>**Lots 4 & 5, US Hwy 301**<br>Number    Street<br><br>_____<br>**Skippers, VA 23879**<br>City        State    ZIP Code | **Lots 4 & 5, US Hwy 301**<br>Number    Street<br><br>_____<br><br>**Skippers, VA 23879**<br>City        State    ZIP Code | **Older single wide trailer owned by aunt, Frances Williams that is situated on the lots owned by Mr. Moore and his brother.** | **$3,000.00** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | |

**Part 10:**  Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

❏ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number      Street | Number      Street | | |
| | City               State     ZIP Code | | |
| City                State     ZIP Code | | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

❏ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number     Street | Number     Street | | |
| | City               State     ZIP Code | | |
| City                State     ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

❏ Yes. Fill in the details.

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|----------|-----------|--------------|-----------|--|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | |

| | Court or agency | Nature of the case | Status of the case |
|--|-----------------|--------------------|--------------------|
| Case title _____ | **Court Name** _____ | | ❏ Pending |
| | | | ❏ On appeal |
| _____ | **Number    Street** _____ | | ❏ Concluded |
| Case number _____ | **City           State    ZIP Code** | | |

---

## Part 11:   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☑ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| **Moore Farms of Skippers Partnership** | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Agricultural Crops** | EIN:  8  1 – 2  3  9  7  1  7  5 |
| _____ | Name of accountant or bookkeeper | Dates business existed |
| **300 S Main St** Number    Street | | From  **2016**   To **2022** |
| **Emporia, VA 23847-2028** City           State    ZIP Code | | |

| **Moore Farms of Skippers LLC** | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Agricultural Crops** | EIN:  4  4 – 1  4  4  1  9  8  8 |
| _____ | Name of accountant or bookkeeper | Dates business existed |
| **300 S Main St** Number    Street | | From  **2012**   To **2023** |
| **Emporia, VA 23847-2028** City           State    ZIP Code | | |

Debtor 1   **Glenn          Randolph          Moore**

Debtor 2   **Jennifer       Michelle Ferguson      Moore**                          Case number *(if known)* **24-33168**

First Name          Middle Name          Last Name

| | | |
|---|---|---|
| **Southern Farms of Skippers Partnership**<br>Name | **Describe the nature of the business**<br><br>**Agricultural Crops** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **8 5 – 2 5 8 5 3 6 2** |
| **300 S Main St**<br>Number    Street<br><br>**Emporia, VA 23847-2028**<br>City          State    ZIP Code | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From  **2021**    To **2021** |
| **Southern Farms of VA LLC**<br>Name | **Describe the nature of the business**<br><br>**Equipment** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **8 7 – 1 4 6 2 4 7 5** |
| **300 S Main St**<br>Number    Street<br><br>**Emporia, VA 23847-2028**<br>City          State    ZIP Code | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From  **2021**    To **2021** |
| **Moore Farms Equipment LLC**<br>Name | **Describe the nature of the business**<br><br>**Equipment** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **8 5 – 0 5 2 5 1 6 9** |
| **300 S Main St**<br>Number    Street<br><br>**Emporia, VA 23847-2028**<br>City          State    ZIP Code | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From  **2020**    To **2023** |
| **Moore Brothers Partnership**<br>Name | **Describe the nature of the business**<br><br>**Real Estate** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **2 6 – 4 3 5 7 2 2 8** |
| **PO Box 328**<br>Number    Street<br><br>**Skippers, VA 23879**<br>City          State    ZIP Code | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From  **1998**    To **ongoing** |
| **RPM Properties LLC**<br>Name | **Describe the nature of the business**<br><br>**Real Estate** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>EIN: **3 6 – 4 7 9 4 4 3 0** |
| **300 S Main St**<br>Number    Street<br><br>**Emporia, VA 23847-2028**<br>City          State    ZIP Code | **Name of accountant or bookkeeper** | **Dates business existed**<br><br>From  **2014**    To **ongoing** |

Debtor 1 **Glenn** **Randolph** **Moore**

Debtor 2 **Jennifer** **Michelle Ferguson** **Moore**     Case number *(if known)* **24-33168**

First Name          Middle Name          Last Name

| **RPM Trucking LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Trucking** | **EIN: 4 6 – 1 8 9 4 5 0 1** |
| **5867 Skippers Road** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number     Street | | From **01/22/2013** To **2019** |
| **Emporia, VA 23847** | | |
| City          State     ZIP Code | | |

| **Moore Family Land, LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Real Estate** | **EIN: 8 7 – 1 2 8 3 3 0 9** |
| **5867 Skippers Rd** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number     Street | | From **2018** To **2022** |
| **Emporia, VA 23847-7348** | | |
| City          State     ZIP Code | | |

| **Skippers Harvest LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Never operational; secured name only then canceled; never applied for EIN** | **EIN: __ __ – __ __ __ __ __ __** |
| **5867 Skippers Rd** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number     Street | **None** | From **11/03/2021** To **03/31/2022** |
| **Emporia, VA 23847-7348** | | |
| City          State     ZIP Code | | |

| **Moore Farms Country Store LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Never operational; secured name only then canceled; never applied for EIN** | **EIN: __ __ – __ __ __ __ __ __** |
| **5867 Skippers Rd** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number     Street | **None** | From **10/05/2021** To **11/04/2021** |
| **Emporia, VA 23847-7348** | | |
| City          State     ZIP Code | | |

| **The Southern Harvest LLC** | **Describe the nature of the business** | **Employer Identification number** Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Never operational; secured name only then canceled** | **EIN: 8 7 – 2 9 8 6 7 2 8** |
| **5867 Skippers Rd** | **Name of accountant or bookkeeper** | **Dates business existed** |
| Number     Street | **None** | From **10/06/2021** To **11/05/2021** |
| **Emporia, VA 23847-7348** | | |
| City          State     ZIP Code | | |

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **14**

Debtor 1  **Glenn        Randolph        Moore**

Debtor 2  **Jennifer      Michelle Ferguson      Moore**

Case number *(if known)* **24-33168**

First Name        Middle Name        Last Name

---

**Southern Pickers LLC**

Name

| Describe the nature of the business | Employer Identification number |
|---|---|
| **Never operational; secured name only then canceled; never applied for EIN** | Do not include Social Security number or ITIN.<br><br>EIN:  __ __ – __ __ __ __ __ __ __ |

**5867 Skippers Rd**

Number    Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
| **None** | From  **10/24/2021**  To **11/04/2021** |

**Emporia, VA 23847-7348**

City        State    ZIP Code

---

**Farm & Moore, LLC**

Name

| Describe the nature of the business | Employer Identification number |
|---|---|
| **Contract farm related work** | Do not include Social Security number or ITIN.<br><br>EIN: **9 9 – 4 7 7 7 1 0 9** |

**300 S Main St**

Number    Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
|  | From  **09/06/2024**  To  **ongoing** |

**Emporia, VA 23847**

City        State    ZIP Code

---

**Moore Venture LLC**

Name

| Describe the nature of the business | Employer Identification number |
|---|---|
| **Business Management** | Do not include Social Security number or ITIN.<br><br>EIN: **9 9 – 0 7 0 8 6 5 1** |

**300 S Main St**

Number    Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
|  | From  **2024**  To **ongoing** |

**Emporia, VA 23847-2028**

City        State    ZIP Code

---

**Innovative Forensic Investigations LLC**

Name

| Describe the nature of the business | Employer Identification number |
|---|---|
| **Private Investigation** | Do not include Social Security number or ITIN.<br><br>EIN: **8 4 – 3 0 8 7 9 3 4** |

**300 S Main St**

Number    Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
|  | From  **2019**  To **ongoing** |

**Emporia, VA 23847-2028**

City        State    ZIP Code

---

**RPM Ventures LLC**

Name

| Describe the nature of the business | Employer Identification number |
|---|---|
| **Real Estate** | Do not include Social Security number or ITIN.<br><br>EIN: **8 8 – 1 5 1 6 5 7 8** |

**300 S Main St**

Number    Street

| Name of accountant or bookkeeper | Dates business existed |
|---|---|
|  | From  **2022**  To  **2023** |

**Emporia, VA 23847**

City        State    ZIP Code

---

Debtor 1  **Glenn          Randolph          Moore**

Debtor 2  **Jennifer       Michelle Ferguson   Moore**          Case number *(if known)* **24-33168**

First Name          Middle Name          Last Name

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **L&M Enterprises, LLC**<br>Name | **Real Estate** | EIN: __8__ __2__ – __0__ __6__ __1__ __7__ __6__ __9__ __8__ |
| | Name of accountant or bookkeeper | Dates business existed |
| **300 S Main St**<br>Number    Street | | From __2021__ To __ongoing__ |
| **Emporia, VA 23847-2028**<br>City          State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Venture Management, LLC**<br>Name | **Business Management** | EIN: __8__ __7__ – __4__ __1__ __4__ __4__ __4__ __0__ __5__ |
| | Name of accountant or bookkeeper | Dates business existed |
| **300 S Main St**<br>Number    Street | | From __2021__ To __2022__ |
| **Emporia, VA 23847-2028**<br>City          State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **L&M Venture LLC**<br>Name | **Real Estate** | EIN: __8__ __5__ – __2__ __9__ __3__ __2__ __5__ __6__ __9__ |
| | Name of accountant or bookkeeper | Dates business existed |
| **300 S Main St**<br>Number    Street | | From __2022__ To __2022__ |
| **Emporia, VA 23847-2028**<br>City          State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Ole Southern Harvest, LLC**<br>Name | **Retail** | EIN: __8__ __7__ – __4__ __8__ __0__ __8__ __8__ __0__ __8__ |
| | Name of accountant or bookkeeper | Dates business existed |
| **5867 Skippers Rd**<br>Number    Street | | From __2022__ To __2022__ |
| **Emporia, VA 23847-7348**<br>City          State    ZIP Code | | |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Moore Enterprise, LLC**<br>Name | **Real Estate** | EIN: __8__ __5__ – __2__ __9__ __3__ __2__ __5__ __6__ __9__ |
| | Name of accountant or bookkeeper | Dates business existed |
| **300 S Main St**<br>Number    Street | | From __2020__ To __2021__ |
| **Emporia, VA 23847-2028**<br>City          State    ZIP Code | | |

Case 24-33168-KLP   Doc 18   Filed 09/09/24   Entered 09/09/24 20:51:49   Desc Main
Document     Page 74 of 77

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |

First Name        Middle Name        Last Name

Case number *(if known)* **24-33168**

---

| **Innovative Forensic DNA, LLC** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **Investigations** | EIN: **8 4 – 3 2 9 4 1 3 9** |

| **5867 Skippers Rd** | **Name of accountant or bookkeeper** | **Dates business existed** |
|---|---|---|
| Number        Street | | From **2019** To **2021** |

**Emporia, VA 23847-7348**
City        State        ZIP Code

| **Innovative Forensic LLC** | **Describe the nature of the business** | **Employer Identification number**<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Name | **No longer operational** | EIN: **8 4 – 3 2 8 4 2 4 9** |

| **5867 Skippers Rd** | **Name of accountant or bookkeeper** | **Dates business existed** |
|---|---|---|
| Number        Street | | From **10/15/2019** To **03/27/2021** |

**Emporia, VA 23847-7348**
City        State        ZIP Code

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | **Date issued** |
|---|---|
| Name | MM / DD / YYYY |
| Number        Street | |
| City        State        ZIP Code | |

Official Form 107        **Statement of Financial Affairs for Individuals Filing for Bankruptcy**        page **17**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* **24-33168**

---

## Part 12:  Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**


**X** **/s/ Glenn Randolph Moore**

Signature of Glenn Randolph Moore, Debtor 1

**X** **/s/ Jennifer Michelle Ferguson Moore**

Signature of Jennifer Michelle Ferguson Moore, Debtor 2


Date **09/09/2024**

Date **09/09/2024**


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Virginia

**In re**      Moore, Glenn Randolph

Moore, Jennifer Michelle Ferguson                                      Case No. _____**24-33168**_____

**Debtor**                                                             Chapter _____**12**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................      Hourly billing

Prior to the filing of this statement I have received ................................................................      $23,050.00

Balance Due ............................................................................................................................ Billed hourly, subject to Court
approval as required.

2.      The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.      The source of compensation to be paid to me is:

☐ Debtor            ☑ Other (specify)      **Chapter 12 Trustee**

4.      ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.      Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.      Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.      Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d.      Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.      All work as appropriate in case.

6.      By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border: 1px solid black;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/08/2024** | **/s/ David Cox** |
| *Date* | David Cox |
| | *Signature of Attorney* |

<div align="right">
Bar Number: 38670<br>
Cox Law Group<br>
900 Lakeside Drive<br>
Lynchburg, VA 24501<br>
Phone: (800) 254-2760<br>
Fax: (434) 845-0727
</div>

**Cox Law Group**

*Name of law firm*

</div>