**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re   **Moore, Glenn Randolph** _____     Case No.      **24-33168** _____

**Moore, Jennifer Michelle Ferguson** _____     Chapter      **ALL** ____

Debtor(s)

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

❏   Involuntary/Voluntary Petition *[Specify reason for amendment:* _____ *]*

   *Check if applicable:* ❏ Soc. Sec. No. amended. **[If applicable: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's Office on** _____ **.\*]**

☒   Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)

☒   Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)

☒   Schedule A/B - Property

☒   Schedule C - The Property You Claim as Exempt

❏   Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)

❏   Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)

   *( $32.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.)*
   **Check applicable statement(s):**

   ❏ **Creditor(s) added**      ❏ **Creditor(s) deleted**

   ❏ **Change in amounts owed or classification of debt**

   ❏ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE**]

   ❏ **Post-petition creditors added (Schedule of Unpaid Debts)**

   **REMINDER: Conversion of Chapter 13 to Chapter 7 – only file Schedule of Unpaid Debts.**

❏   Schedule G - Executory Contracts and Unexpired Leases

❏   Schedule H – Your Codebtors

☒   Schedule I – Your Income

☒   Schedule J – Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. \*Amendment of debtor(s) Social Security Number requires that this cover sheet together with a completed Official Form 121 – Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for "restricted" entry of the amended Social Security Number into the case record.]**

❏   Statement of Financial Affairs

❏   Statement of Intention for Individuals Filing Under Chapter 7

❏   Chapter 11 List of Equity Security Holders

❏   Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders

❏   Attorney's Disclosure of Compensation

❏   Other: _____

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____

_____ .

[amendcs ver. 12/20]

Date:   **11/25/2024**

**/s/ David Cox**

David Cox
Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
Bar Number: 38670
Cox Law Group
900 Lakeside Drive
Lynchburg, VA 24501
Phone: (800) 254-2760
Fax: (434) 845-0727
Email: david@coxlawgroup.com

[amendcs ver. 12/20]

Fill in this information to identify your case and this filing:

| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern** _____ District of _____ **Virginia** _____

Case number   **24-33168**

☑ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property
12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1 **Tax Map: 44-48-1, 2 acres**
Street address, if available, or other description

**Rolling Acres Road**

**VA**
City          State       ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** **CTA: $1000**

**Source of Value:** **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$21,000.00** | **$10,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

☐ **Check if this is community property**
(see instructions)

If you own or have more than one, list here:

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**        Case number *(if known)* **24-33168**

---

**1.2**   **Tax Map: 44-1, 16.96 acres**

Street address, if available, or other description

**Mathew Allen Land Skippers Road**

**VA**

City            State            ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: 18700**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,800.00 | $2,900.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenant**

☐ **Check if this is community property**
(see instructions)

---

**1.3**   **Tax Map: 35-3-D, 80.3 acres**

Street address, if available, or other description

**INT HWY 95-South Skippers Road**

**VA**

City            State            ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: 100200**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $270,000.00 | $135,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenant**

☐ **Check if this is community property**
(see instructions)

---

**1.4**   **Tax Map: 35-3-C, 93.04 acres**

Street address, if available, or other description

**E Side INT-HWY 95-South**

**VA**

City            State            ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: $230,400**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $331,000.00 | $165,500.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint Tenant**

☐ **Check if this is community property**
(see instructions)

---

Debtor  **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

**1.5**  **Tax Map: 44-30, 123.72 acres**

Street address, if available, or other description

**E & W Side INT-HWY 301-South**

**VA**
City          State          ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: $201,000**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
**$430,000.00**          **$215,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

**1.6**  **Tax Map: 35-3-B, 14.078 acres**

Street address, if available, or other description

**Seaboard Coastline R/R Skippers Rd**

**VA**
City          State          ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: $10,600**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
**$49,000.00**          **$24,500.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

**1.7**  **Tax Map: 35-3-A, 2.7 acres**

Street address, if available, or other description

**Seaboard Coastline R/R Skippers Rd**

**VA**
City          State          ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **CTA: $2700**

Source of Value: **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**
**$20,000.00**          **$10,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

1.8 **Tax Map: 35-3-1, 0.508 acres**

Street address, if available, or other description

**Skippers Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** **CTA: $25,800**

**Source of Value:** **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **$59,000.00**

**Current value of the portion you own?** **$29,500.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

1.9 **Tax Map: 44-78B, 249.66 acres**

Street address, if available, or other description

**Skippers Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** **CTA: $288,600**

**Source of Value:** **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **$787,000.00**

**Current value of the portion you own?** **$393,500.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

- ☐ **Check if this is community property** (see instructions)

---

1.10 **Tax Map: 44-78, 105.208 acres**

Street address, if available, or other description

**Skippers Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** **CTA: $169,800**

**Source of Value:** **June 1, 2024, Appraisal**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** **$332,000.00**

**Current value of the portion you own?** **$166,000.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

- ☐ **Check if this is community property** (see instructions)

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

1.11   **Tax Map: 44A-1-4 & 44A-1-5**

Street address, if available, or other description

**301 South & S Side**

**VA**
City          State          ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
CTA: $12,500, two lots, trailer owned by aunt sits on the property (see S.O.F.A. No. 23)

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$18,800.00                                       $9,400.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint Tenant

- ☐ **Check if this is community property** (see instructions)

---

1.12   **Tax Map: 44-78A, 8.822 acres**

Street address, if available, or other description

**5867 Skippers Road**

**VA**
City          State          ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $9700

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$33,000.00                                       $16,500.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint Tenant

- ☐ **Check if this is community property** (see instructions)

---

1.13   **Tax Map: 44-48, 8.176 acres**

Street address, if available, or other description

**ST HWY 628 Rolling Acres Road**

**VA**
City          State          ZIP Code

**Greensville**
County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $9000

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**
$30,000.00                                       $15,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Joint Tenant

- ☐ **Check if this is community property** (see instructions)

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**      Case number *(if known)* **24-33168**

---

**1.14**   **Tax Map: 36-28, 121.28 acres**

Street address, if available, or other description

**Bass Road**

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $148,100

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$422,000.00         $211,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

☐ **Check if this is community property** (see instructions)

---

**1.15**   **44-78C, 10.97 acres**

Street address, if available, or other description

**5867 Skipper Road**

**Emporia, VA 23847**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.
- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA Value: $229,200.00

**Source of Value:** Debtors' estimate of value based on condition

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$300,000.00         $300,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenants by Entirety**

☐ **Check if this is community property** (see instructions)

---

**1.16**   **Tax Map: 44-72, 30 acres**

Street address, if available, or other description

**VA**

City          State          ZIP Code

**Greensville**

County

**What is the property?** Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** CTA: $38,300

**Source of Value:** June 1, 2024, Appraisal

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$111,000.00         $55,500.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint Tenant**

☐ **Check if this is community property** (see instructions)

---

Official Form 106A/B                    **Schedule A/B: Property**                    page **6**

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                     Case number *(if known)* **24-33168**

---

2.    **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...........................................................................................  ➜    | **$1,759,800.00** |

| Part 2: | Describe Your Vehicles |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1   Make: **Chevrolet**      **Who has an interest in the property?** Check one.

Model: **Truck**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only

Year: **2004**
☐ At least one of the debtors and another

Approximate mileage: **100,000+**
☐ **Check if this is community property** (see instructions)

Other information:

> Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$4,300.00** | **$4,300.00** |

Other information:

> **Silverado 25 LS V8, Current Tax Assessment $4300 VIN: 1GCHK29U44E218594**

If you own or have more than one, describe here:

3.2   Make: **Toyota**      **Who has an interest in the property?** Check one.

Model: **Sienna Handi Van**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only

Year: **2017**
☐ At least one of the debtors and another

Approximate mileage: **10,000**
☐ **Check if this is community property** (see instructions)

Other information:

> Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$22,050.00** | **$22,050.00** |

Other information:

> **Source of Value: Current Tax Assessment
> Sienna SE V6, Current Tax Assessment $22,050 (Handicap accessible) VIN: 5TDXZ3DC9HS887830**

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                    Case number *(if known)* **24-33168**

---

4.1   Make: **EZ Loader**

Model: **Trailer**

Year: **2014**

Other information:

| Source of Value: Current Tax Assessment |
| Current Tax Assessment |
| $470 |
| VIN: 1ZEAAAJE7EA00671 |

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?** $470.00

**Current value of the portion you own?** $470.00

5.   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ...................................................................  →   $26,820.00

---

## Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.   **Household goods and furnishings**

*Examples:*  Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe. .........

| Sofa, kitchen table, 4 kitchen chairs, 2 refrigerators, washer, dryer, 2 recliner chairs, nightstand, dresser, 2 chests of drawers, 2 king beds, 1 double bed, 1 twin bed, dresser w/ mirror, 5 TVs, 4 lamps, office desk, 2 office chairs, 3 gun safes | $4,135.00 |

7.   **Electronics**

*Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☑ No
☐ Yes. Describe. .........

8.   **Collectibles of value**

*Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe. .........

9.   **Equipment for sports and hobbies**

*Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe. .........

| Workout equipment | $400.00 |

---

Debtor  **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**         Case number *(if known)* **24-33168**

---

10.  **Firearms**

*Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☑ Yes. Describe. .........

| 6 Firearms | $2,300.00 |

11.  **Clothes**

*Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☑ No

☐ Yes. Describe. .........

12.  **Jewelry**

*Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☑ No

☐ Yes. Describe. .........

13.  **Non-farm animals**

*Examples:*  Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. .........

| 8 pets | $150.00 |

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................... ➡   | $6,985.00 |

---

| Part 4: | Describe Your Financial Assets |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16.  **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No

☐ Yes ...................................................................................................................................   Cash: ...................

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                Case number *(if known)* **24-33168**

---

17. **Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes .....................                Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **First Bank & Trust Company** <br> **Account Number: XXXX7118** | **$6,740.07** |
| 17.2. Checking account: | **First Bank & Trust Company** <br> **Account Number: XXXX7126** | **$1,770.73** |
| 17.3. Checking account: | **First Bank & Trust Company** <br> **On checking account for disabled daughter; all funds are hers** <br> **Account Number: XXXX7084** | **$0.00** |
| 17.4. Checking account: | **First Bank & Trust Company** <br> **On checking account with son, Ryan, but all funds are his** <br> **VA Code § 6.2-606(A)** <br> **Account Number: XXXXX7753** | **$0.00** |
| 17.5. Checking account: | **First Citizens Bank** <br> **Account Number: 5632** | **$50.00** |
| 17.6. Checking account: | **First Citizens Bank** <br> **Account Number: 5878** | **$50.00** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes .....................    Institution or issuer name:

Debtor  **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ❏ No

   ☑ Yes. Give specific
   information about
   them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Farm & Moore, LLC**<br>**Formed postpetition** | **100.00%** | **$0.00** |
| **Innovative Forensic Investigations LLC**<br>**Private Investigation business**<br>**Formed 2019** | **100.00%** | **unknown** |
| **L&M Enterprises, LLC**<br>**Jennifer-50%**<br>**Sarah Link-50%**<br>**Formed 2021**<br>**This company owns a single vehicle.** | **50.00%** | **unknown** |
| **Moore Brothers Partnership**<br>**Partnership**<br>**Glenn Moore-50%**<br>**Donald Moore-50%**<br>**Formed 1998**<br>**Partnership owns a house at 3727 Skippers Rd**<br>**Cross collateralized, net value unknown** | **50.00%** | **unknown** |
| **Moore Farms of Skippers LLC**<br>**Glenn-100%**<br>**Agricultural Crops**<br>**Formed 2012** | **100.00%** | **unknown** |
| **Moore Venture LLC**<br>**Jennifer Moore -50%**<br>**Ryan Moore -50%**<br>**Formed 2024**<br>**Not operating at present** | **50.00%** | **$0.00** |
| **RPM Properties LLC**<br>**Glenn-50%**<br>**Jennifer-50%**<br>**Formed 2014**<br>**This company owns 1 acre of land, more or less, on Cedar Lane**<br>**Tax Map 35-44, CTA: $2000** | **50.00%** | **$1,000.00** |

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**

   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ☑ No

   ❏ Yes. Give specific
   information about
   them...................   Issuer name:

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

21. **Retirement or pension accounts**

   *Examples:*  Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☑ No

   ☐ Yes. List each
   account separately.   Type of account:          Institution name:

   401(k) or similar plan: _____

   Pension plan: _____

   IRA: _____

   Retirement account: _____

   Keogh: _____

   Additional account: _____

   Additional account: _____

22. **Security deposits and prepayments**

   Your share of all unused deposits you have made so that you may continue service or use from a company

   *Examples:*  Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
   others

   ☑ No

   ☐ Yes ......................          Institution name or individual:

   Electric: _____

   Gas: _____

   Heating oil: _____

   Security deposit on rental unit: _____

   Prepaid rent: _____

   Telephone: _____

   Water: _____

   Rented furniture: _____

   Other: _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

   ☑ No

   ☐ Yes ....................   Issuer name and description:

   _____

   _____

   _____

Official Form 106A/B                         **Schedule A/B: Property**                         page **12**

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

---

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❏ Yes .................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____          _____

_____          _____

_____          _____

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❏ Yes. Give specific information about them. ...          _____

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❏ Yes. Give specific information about them. ...          _____

27.  **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❏ Yes. Give specific information about them. ...          _____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**

☑ No

❏ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ...................

Federal:          _____

State:          _____

Local:          _____

29.  **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

---

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**         Case number *(if known)* **24-33168**

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | |
| Maintenance: | |
| Support: | |
| Divorce settlement: | |
| Property settlement: | |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | |
| | | |
| | | |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information. ........

Official Form 106A/B                    **Schedule A/B: Property**                    page **14**

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**          Case number *(if known)* **24-33168**

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..................................................................................................➡    | **$9,610.80** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe. .........

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

☐ Yes. Describe. .........

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe. .........

41. **Inventory**

☑ No

☐ Yes. Describe. .........

42. **Interests in partnerships or joint ventures**

☑ No

☐ Yes. Describe .......

Name of entity:                                      % of ownership:

Debtor **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**  Case number *(if known)* **24-33168**

---

43. **Customer lists, mailing lists, or other compilations**

    ☑ No

    ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

      ☐ No

      ☐ Yes. Describe. .........

44. **Any business-related property you did not already list**

    ☑ No

    ☐ Yes. Give specific
       information .........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here** ......................................................................................... ➜   | **$0.00** |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|-------------------------------------------------------------------------------------------|
|         | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    ☑ No. Go to Part 7.

    ☐ Yes. Go to line 47.

    > **Current value of the portion you own?**
    > Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    ☑ No

    ☐ Yes .........................

48. **Crops—either growing or harvested**

    ☑ No

    ☐ Yes. Give specific
       information. ............

Debtor __Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson__     Case number *(if known)* __24-33168__

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

❑ Yes .........................

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

❑ Yes .........................

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

❑ Yes. Give specific information. ............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................................................................➜  **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

❑ Yes. Give specific information. ............

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................................➜  **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ....................................................................................................➜  **$1,759,800.00**

56. **Part 2: Total vehicles, line 5**     **$26,820.00**

57. **Part 3: Total personal and household items, line 15**     **$6,985.00**

58. **Part 4: Total financial assets, line 36**     **$9,610.80**

59. **Part 5: Total business-related property, line 45**     **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**     **$0.00**

61. **Part 7: Total other property not listed, line 54**     **+**     **$0.00**

62. **Total personal property.** Add lines 56 through 61. ...............     **$43,415.80**     Copy personal property total ➜  **+**     **$43,415.80**

---

Debtor  **Moore, Glenn Randolph; Moore, Jennifer Michelle Ferguson**                    Case number *(if known)* __24-33168__

63.   **Total of all property on Schedule A/B.** Add line 55 + line 62. ........................................................................................  | **$1,803,215.80** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____**Eastern**_____ District of _____**Virginia**_____

Case number **24-33168**
(if known)

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ❏ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **44-78C, 10.97 acres**<br>**5867 Skipper Road**<br>**Emporia, VA 23847**<br><br>Line from *Schedule A/B:* **1.1** | **$300,000.00** | ☑ **$100,000.00**<br>❏ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ❏ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ❏ No
      ❏ Yes

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | |
| | First Name | Middle Name | Last Name | |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Tax Map: 44A-1-4 & 44A-1-5**<br>**301 South & S Side VA**<br><br>Line from *Schedule A/B:*  **1.12** | **$9,400.00** | ☑ **$5,725.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4.1** |
| Brief description: **2004 Chevrolet Truck**<br>**VIN: 1GCHK29U44E218594**<br>**Silverado 25 LS V8, Current Tax Assessment $4300**<br><br>Line from *Schedule A/B:*  **3.1** | **$4,300.00** | ☑ **$4,300.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)** |
| Brief description: **2017 Toyota Sienna Handi Van**<br>**VIN: 5TDXZ3DC9HS887830**<br>**Sienna SE V6, Current Tax Assessment $22,050 (Handicap accessible)**<br><br>Line from *Schedule A/B:*  **3.2** | **$22,050.00** | ☑ **$1.00**<br>❑ 100% of fair market value, up to any applicable statutory limit<br>☑ **$22,050.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(8)**<br><br>**Va. Code Ann. § 34-26(6)** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **Sofa, kitchen table, 4 kitchen chairs, 2 refrigerators, washer, dryer, 2 recliner chairs, nightstand, dresser, 2 chests of drawers, 2 king beds, 1 double bed, 1 twin bed, dresser w/ mirror, 5 TVs, 4 lamps, office desk, 2 office chairs, 3 gun safes**<br>Line from *Schedule A/B:* **6** | **$4,135.00** | ☑ **$4,135.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4a)** |
| Brief description: **Workout equipment**<br>Line from *Schedule A/B:* **9** | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **6 Firearms**<br>Line from *Schedule A/B:* **10** | **$2,300.00** | ☑ **$2,300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(4b)** |
| Brief description: **8 pets**<br>Line from *Schedule A/B:* **13** | **$150.00** | ☑ **$150.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-26(5)** |
| Brief description: **First Bank & Trust Company**<br>**Checking account**<br>**Acct. No.: XXXX7118**<br>Line from *Schedule A/B:* **17** | **$6,740.07** | ☑ **$6,740.07**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **First Bank & Trust Company**<br>**Checking account**<br>**Acct. No.: XXXX7126**<br>Line from *Schedule A/B:* **17** | **$1,770.73** | ☑ **$1,770.73**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | Case number *(if known)* **24-33168** |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **First Citizens Bank**<br>**Checking account**<br>**Acct. No.: 5632**<br>Line from *Schedule A/B:* __17__ | **$50.00** | ☑ __$50.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |
| Brief description: **First Citizens Bank**<br>**Checking account**<br>**Acct. No.: 5878**<br>Line from *Schedule A/B:* __17__ | **$50.00** | ☑ __$50.00__<br>❑ 100% of fair market value, up to any applicable statutory limit | **Va. Code Ann. § 34-4** |

Official Form 106C                     **Schedule C: The Property You Claim as Exempt**                     page __4__ of __4__

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson  Moore** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Virginia**

Case number **24-33168**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                                                 **12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed  ☑ Not Employed | ☑ Employed  ☐ Not Employed |
| **Occupation** | | **Self-employed (but going to pay self as W-2)** |
| **Employer's name** | | **Innovative Forensic Investigations LLC** |
| **Employer's address** | | **300 S Main St** |
| | Number Street | Number Street |
| | | |
| | | |
| | | **Emporia, VA 23847-2028** |
| | City          State     Zip Code | City          State     Zip Code |
| **How long employed there?** | _____ | **5 years** |

### Part 2:  Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be.  2. | **$0.00** | **$2,917.00** |
| 3. **Estimate and list monthly overtime pay.**  3. | + **$0.00** | + **$0.00** |
| 4. **Calculate gross income.** Add line 2 + line 3.  4. | **$0.00** | **$2,917.00** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | | Case number *(if known)*  **24-33168** |
| | First Name | Middle Name | Last Name | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here**.................................................................➔ | 4. | $0.00 | $2,917.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $416.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| | 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| | 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| | 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | $416.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $2,501.00 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| | 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| | 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| | 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| | 8f. **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify:  **See additional page** | 8f. | $0.00 | $10,833.40 |
| | 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| | 8h. **Other monthly income.** Specify:  **See additional page** | 8h. + | $5,000.00 | + $3,333.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $5,000.00 | $14,166.40 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $5,000.00  + | $16,667.40  =  $21,667.40 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies   12. $21,667.40

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  **Ms. Moore's business, Innovative Forsensic Investigations, LLC, has recently resumed full operations but does not expect to be able to pay Ms. Moore until the end of 2024 or thereafter. At this time, she intends to set herself up on payroll at the estimated amounts above starting 1/1/25.**

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | |

| | **Amount** |
|---|---|
| 8f. **Other government assistance that you regularly receive For Debtor 2 or non-filing spouse** | |
| **Other Government Assistance - for disabled daughter (via Wall Residence)** | **$10,126.15** |
| **Other Government Assistance - Housing from daughter's soc sec** | **$707.25** |
| 8h. **Other monthly income For Debtor 1** | |
| **Contract farm-related work for RPM Farms** | **$5,000.00** |
| 8h. **Other monthly income For Debtor 2 or non-filing spouse** | |
| **Contract farm-related work for RPM Farms** | **$3,333.00** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Eastern District of Virginia**

Case number     **24-33168**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses                                    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:  Describe Your Household

1.  **Is this a joint case?**

    ☐ No. Go to line 2.
    ☑ Yes. **Does Debtor 2 live in a separate household?**
        ☑ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2.  **Do you have dependents?**          ☐ No
    Do not list Debtor 1 and                  ☑ Yes. Fill out this information
    Debtor 2.                                       for each dependent..............

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 31 | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

3.  **Do you include**         ☑ No
    **expenses include**
    **expenses of people other than**     ☐ Yes
    **yourself and your dependents?**

### Part 2:  Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

|   |   | | **Your expenses** |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$0.00** |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | **$0.00** |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | **$375.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | **$100.00** |
| 4d. | Homeowner's association or condominium dues | 4d. | **$0.00** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* **24-33168** |
| | First Name | Middle Name | Last Name | |

|  | | **Your expenses** |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | **$0.00** |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | **$437.00** |
| | 6b. Water, sewer, garbage collection | 6b. | **$0.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$0.00** |
| | 6d. Other. Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$1,000.00** |
| 8. | **Childcare and children's education costs** | 8. | **$9,114.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$150.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$250.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | **$400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$0.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | **$0.00** |
| | 15b. Health insurance | 15b. | **$0.00** |
| | 15c. Vehicle insurance | 15c. | **$175.00** |
| | 15d. Other insurance. Specify: _____ | 15d. | **$0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Quarterly income taxes, pro rated** | 16. | **$2,500.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 **2017 Toyota Sienna Handi Van** | 17a. | **$705.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | **$0.00** |
| | 17c. Other. Specify: _____ | 17c. | **$0.00** |
| | 17d. Other. Specify: _____ | 17d. | **$0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | **$0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | **$0.00** |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | **$0.00** |
| | 20b. Real estate taxes | 20b. | **$0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | **$0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | **$0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | **$0.00** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | |
|----------|-----------|--------------|-----------|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* | **24-33168** |
| | First Name | Middle Name | Last Name | | |

21. **Other.** Specify: **Haircare, grooming**            21.  **+**       **$135.00**

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.            22a.       **$15,541.00**

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2            22b.       **$0.00**

    22c. Add line 22a and 22b. The result is your monthly expenses.            22c.       **$15,541.00**

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*            23a.       **$21,667.40**

    23b. Copy your monthly expenses from line 22c above.            23b. **–**       **$15,541.00**

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*            23c.       **$6,126.40**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.

    Explain here:
    The Debtors' son is permitting the Debtors to live in their former residence (being sold to the son's entity, Ole South Farm LLC) rent-free.

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Eastern District of Virginia**

Case number     **24-33168**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ . Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Glenn Randolph Moore**

Glenn Randolph Moore, Debtor 1

Date **11/25/2024**
MM/ DD/ YYYY

X **/s/ Jennifer Michelle Ferguson Moore**

Jennifer Michelle Ferguson Moore, Debtor 2

Date **11/25/2024**
MM/ DD/ YYYY

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Glenn** | **Randolph** | **Moore** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Virginia**

Case number **24-33168**
(if known)

☑ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................................................. | **$1,759,800.00** |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................................................. | **$43,415.80** |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................................................. | **$1,803,215.80** |

### Part 2:   Summarize Your Liabilities

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | **$4,514,283.72** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*..................................... | **$152,483.00** |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................ | + **$1,206,195.44** |
| **Your total liabilities** | **$5,872,962.16** |

### Part 3:   Summarize Your Income and Expenses

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*............................................................................. | **$21,667.40** |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | **$15,541.00** |

| Debtor 1 | **Glenn** | **Randolph** | **Moore** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer** | **Michelle Ferguson** | **Moore** | Case number *(if known)* | **24-33168** |
| | First Name | Middle Name | Last Name | | |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☑ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☐ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   | |
   |---|
   | _____ |

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

   | | Total claim |
   |---|---|
   | **From Part 4 on Schedule E/F, copy the following:** | |
   | 9a. Domestic support obligations (Copy line 6a.) | _____ |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
   | 9d. Student loans. (Copy line 6f.) | _____ |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
   | 9g. **Total**. Add lines 9a through 9f. | _____ |