**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

IN RE          GLENN R. MOORE                              Chapter 12 Case
                    JENNIFER M.F. MOORE                      #24-33168
                            Debtors.

**ORDER APPROVING
TRUSTEE'S MOTION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

UPON the motion of Angela M. Scolforo, Chapter 12 Trustee (hereinafter, the Trustee"),

for compensation in the amount of five percent of all Plan payments and reimbursement of an

additional five percent of all disbursements under the Plan for expenses to be incurred in this

case; and it appearing that:

1. The above referenced debtor filed for relief under 11 U.S.C. § 101, *et seq.*, (hereinafter, the
   "Code") on August 26, 2024.

2. A Chapter 12 Plan was filed on November 25, 2024, at docket #32, which contemplates a
   10% Trustee commission.

3. Angela M. Scolforo was appointed the Chapter 12 Trustee on August 27, 2024, at docket #7.

4. Since the Trustee is not a standing Chapter 12 trustee as defined by 28 U.S.C. § 586(b), the
   appointment is pursuant to 11 U.S.C. § 1202(a) as a "case by case" Chapter 12 trustee.

Angela M. Scolforo, Chapter 12 Trustee
VSB #42574
P.O. Box 2103
Charlottesville, Virginia 22902
(434) 817-9913 x 110
ascolforo@cvillech13.net

1

5. Pursuant to 11 U.S.C. sec. 330(a)(7) and 326(b), the Trustee asks this Court to award the Chapter 12 trustee (i) a five per cent commission for acting as Trustee in a Chapter 12 case, and (ii) an additional five percent reimbursement for expenses as an administrative expense pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2) for the utilization of the Chapter 13 Trusteeship's employees and actual expenses including, but not limited to, mailings, reimbursement for travel, reimbursement for research charges, and reimbursement for use of Chapter 13 Trusteeship equipment, accounting, auditing and other services.

6. Pursuant to 28 U.S.C. sec. 586(e), the Trustee commission shall be reduced to 3% of payments under the debtors' plan after the aggregate plan payments disbursed by the Trustee exceed $450,000; and, in such event, the reimbursement for expenses shall remain at 5%.

THEREFORE, IT IS ORDERED that the Chapter 12 Trustee is awarded a total of ten percent (10%) of all Plan payments disbursed by her, of which five percent will be paid as compensation to the Trustee (which compensation amount shall be reduced to 3% after the plan payment disbursements exceed $450,000) and five percent will be a reimbursement directly to the Chapter 13 Trusteeship for actual expenses and costs of administering the case.

Jan 29 2025

/s/ Keith L Phillips

Entered: _____

United States Bankruptcy Judge, Keith L. Phillips

I ASK FOR THIS:

Entered On Docket:  Jan 30 2025

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo, Trustee, VSB 42574
P.O. Box 2103, Charlottesville, VA 22902
(434) 817-9913 x 110
ascolforo@cvillech13.net

SEEN AND AGREED:

/S/ DAVID COX
David Cox, VSB# 38670

COX LAW GROUP, PLLC
Counsel for Debtors
900 Lakeside Drive, Lynchburg, VA 24501
david@coxlawgroup.com

SEEN AND NO OBJECTION

/S/ SHANNON PECORARO
Shannon F. Pecoraro, Esq.
Trial Attorney
Office of the U.S. Trustee
701 East Broad Street, Suite 4304
Richmond, VA 23219
shannon.pecoraro@usdoj.gov

## CERTIFICATE OF ENDORSEMENT

I hereby certify that the foregoing Order has been endorsed by Debtors' counsel, and the Order has been served, pursuant to Local Rule 9022-1(C), upon:

Debtors at PO Box 10, Skippers, VA 23879,
Debtors' counsel, David Cox, Esq, at 900 Lakeside Drive, Lynchburg, VA 24501

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo, Chapter 12 Truste

3