**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | Case No. 24-33168 |
| | ) | |
| Debtors. | ) | |
| -----------------------------------------------------------------) | | |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |
| -----------------------------------------------------------------/ | | |

**NOTICE OF THE FILING OF *AMENDED EXHIBIT E* TO DEBTORS'
MOTION FOR ORDER DETERMINING PRIORITY AMOUNT OF CLAIM**

Glenn Randolph Moore and Jennifer Michelle Ferguson Moore, the debtors herein (the

"**Debtors**"), by counsel, file this notice (the "**Notice**") of the filing of *Amended Exhibit E*, which

amends the *Exhibit E* originally filed March 10, 2025, at Dkt No. 70, pages 67-68, and included

with the *Debtors' Motion for Order Determining Priority Amount of Claim*.  The *Amended*

*Exhibit E* has been filed at Dkt No. 82.  A redline comparison of the amended exhibit as

David Cox. VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
*Counsel for the Debtors*

compared to the original document is attached to this Notice.

March 17, 2025

Respectfully submitted,
GLENN RANDOLPH MOORE
JENNIFER MICHELLE FERGUSON MOORE


By: */s/ David Cox*
       Counsel for the Debtors


David Cox VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

### Certificate of Service

I hereby certify that on the 17th day of March, 2025, I caused a true and correct copy of the attached Notice and the Amended Exhibit E to be filed on the CM/ECF System, providing electronic service to the parties registered thereon, and also caused the same to be served on the following parties by U.S. First Class Mail.

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101

Internal Revenue Service
c/o Pamela Bondi, US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Internal Revenue Service
c/o Robert McIntosh, Esq.
Assistant United States Attorney
600 East Main Street, Suite 1800
Richmond VA 23219

United States Attorney's Office
Civil Process Clerk
919 E. Main Street, Suite 1900
Richmond VA 23219

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2013
Charlottesville, VA 22902

Kathryn R. Montgomery, Esq.
Office of the US Trustee – Region 4-R
701 East Broad Street, Suite 4303, 4304
Richmond, VA 23219

/s/ David Cox

2

**Amended**[i]
**Exhibit E**

---

[i] This Exhibit to the Debtors' Motion for Order Determining Priority Amount of Claim (Dkt No. 70) is <u>amended</u> to correct the amounts noted for the allowed priority and unsecured claims.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | Case No. 24-33168 |
| | ) | |
| Debtors. | ) | |
| ---------------------------------------------------------------) | | |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |
| ---------------------------------------------------------------/ | | |

## <u>ORDER DETERMINING PRIORITY AMOUNT OF CLAIM</u>

The matter before the Court is the motion of Glenn Randolph Moore and Jennifer

Michelle Ferguson Moore, the debtors herein (the "Debtors"), to determine the priority

amount of the claim of respondent, Internal Revenue Service, ("Respondent"), pursuant

to 11 U.S.C. §§ 507 and 1232(a) and Federal Rule of Bankruptcy Procedure 3012 for

purposes of the administration of the Debtors' Plan in this Case.[1]  Upon reviewing the

---

[1] Any capitalized term herein not otherwise defined shall have the definition attributed to it in the Motion.

David Cox, VSB 38670
Cox Law Group, PLLC
900 Lakeside Drive, Lynchburg, VA 24501
Tel: 434-845-2600
Fax: 434-845-0727
david@coxlawgroup.com
Counsel for Movants

Motion, the Court finds that cause has been shown for the relief requested and that the relief requested. Therefore, having considered the Debtor's Motion and the relief requested therein, the following is hereby **ORDERED**:

1.      The relief requested in the Motion is hereby **GRANTED.**

2.      The Respondent's Proof of Claim No. 2 is allowed as follows for purposes of the administration of the Debtors' Plan in this Case in accordance with 11 U.S.C. § 1232(a): (a) Secured $40,795.08, (b) Priority $~~127,191.98~~25,981.00, and (c) Unsecured General $~~3,542.25~~104,753.23.

Date:

_____
United States Bankruptcy Judge

I ask for this:

/s/
David Cox (VSB #38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

2