**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | Case No. 24-33168 |
| | ) | |
| Debtors. | ) | |
| ------------------------------------------------------------- | | |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TRUIST BANK, | ) | |
| | ) | |
| Respondent. | ) | |
| ------------------------------------------------------------- | | |

**ORDER AVOIDING JUDICIAL LIENS AND SUSTAINING**
**DEBTORS' OBJECTIONS TO CLAIMS OF TRUIST BANK**

The matter before the Court is the motion of Glenn Randolph Moore and Jennifer

Michelle Ferguson Moore, the debtors herein (the "Debtors"), to avoid judicial liens (the

"Motion") and the Debtors' objections (the "Objections") to claims of the respondent,

Truist Bank, ("Respondent").  Upon reviewing the Motion and the Objections, the Court

finds that cause has been shown for the relief requested and that the relief requested is in

David Cox VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

the best interests of the Debtors' estate and should be allowed.  Therefore, having considered the Debtors' Motion and the Objections, and the relief requested therein, the following is hereby **ORDERED**:

1.        The relief requested in the Motion is hereby **GRANTED**, and the Debtors' Objections are hereby **SUSTAINED**.

2.        The Respondent's Proof of Claim No. 11 is disallowed as secured but is allowed instead as a general unsecured claim in the amount of $922,042.21.

3.        The Respondent's Proof of Claim No. 12 is disallowed as filed but is allowed instead as follows: a secured claim of $9,031.00 and an unsecured claim in the amount of $316,090.20.

4.        The Respondent's Proof of Claim No. 13 is disallowed as secured but is allowed instead as a general unsecured claim in the amount of $471,753.98, reflecting a reduction from the amount of the claim as filed after application of a $100,000.00 payment toward said claim as authorized by the November 14, 2024, Order approving sale of real estate.

5.        The judicial liens held by Respondent arising from judgments in the amount of $967,073.73, plus interest from October 15, 2022, fees and costs, based on the Confessions of Judgment in Case No. CL230004443 and Case No. 230004444 as indicated on the Abstract of Judgments docketed on March 20,  2023, in the Fairfax Circuit Court Clerk's Office at Judgment Nos. 651773 and 651774, against Jennifer F. Moore and Glenn R. Moore, respectively, and thereafter recorded in the Greensville Circuit Court Clerk's Office on March 23,  2023, as Instrument Number 230000157 and 230000158, are avoided.

6.      The judicial liens held by Respondent arising from judgments in the amount of $250,000.00, plus interest from October 15, 2022, fees and costs, based on the Confessions of Judgment in Case No. CL230004438 and Case No. CL230004439 as indicated on the Abstract of Judgments docketed on March 20, 2023, in the Fairfax Circuit Court Clerk's Office at Judgment Nos. 651768 and 651769, against Jennifer F. Moore and Glenn R. Moore, respectively, and thereafter recorded in the Greensville Circuit Court Clerk's Office on March 23, 2023, as Instrument Number 230000152 and 230000153, are avoided.

7.      Upon entry of the order of discharge in this case, the judgments and judgment liens of Respondent recorded in the Greensville Circuit Court Clerk's Office on March 23,  2023, as Instrument Numbers 230000157 and 230000158, shall be released and marked as fully satisfied.

8.      Upon entry of the order of discharge in this case and the payment of the secured amount, as allowed herein, of Respondent's Proof of Claim No. 12, the judgments and judgment liens of Respondent recorded in the Greensville Circuit Court Clerk's Office on March 23, 2023, as Instrument Numbers 230000152 and 230000153, shall be released and marked as fully satisfied.

9.      In the event the Debtors' case is dismissed, the judgments and judicial liens of Respondent shall remain of full force and effect and this Order shall be considered null and void.

10.      Upon receipt of the order of discharge in this case, the Debtors may file a copy of this Order and a copy of their order of discharge with the Circuit Court

Clerk's Offices for the counties of Greensville and Hopewell.

Date: Apr 16 2025

/s/ Keith L Phillips

United States Bankruptcy Judge

Entered On Docket: Apr 17 2025

I ask for this:

/s/ David Cox
David Cox (VSB #38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

Seen and no objection:

/s/ Peter M. Pearl
Peter M. Pearl
Spilman Thomas & Battle, PLLC
Counsel for Truist Bank
310 First Street, Suite 1100
Roanoke, VA 24011
540.512.1832
PPearl@spilmanlaw.com
*(Signature authority via 4/15/25 email)*

Seen:

/s/ Angela M. Scolforo
Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902
(434) 817-9913 x 110
ascolforo@cvillech13.net
*(Signature authority via 4/15/25 email)*

CERTIFICATE OF ENDORSEMENT

I hereby certify that the foregoing Order has been endorsed by and/or served on all necessary parties.

/s/ David Cox
Counsel for the Movants

Service List for Entered Order:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Peter M. Pearl, Esq.
310 First Street, Suite 1100
Roanoke, VA 24011

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Jennifer M. Moore
5867 Skipper Rd
Emporia, VA 23847