**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | Case No. 24-33168 |
| | ) | |
| Debtors. | ) | |
| ----------------------------------------------------------- | | |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HARVEY FERTILIZER & GAS CO, | ) | |
| | ) | |
| Respondent. | ) | |
| ----------------------------------------------------------- | | |

**ORDER AVOIDING JUDICIAL LIEN AND SUSTAINING DEBTORS'**
**OBJECTION TO CLAIMS OF HARVEY FERTILIZER & GAS CO**

The matter before the Court is the motion of Glenn Randolph Moore and Jennifer

Michelle Ferguson Moore, the debtors herein (the "Debtors"), to avoid judicial lien (the

"Motion") and the Debtors' objection (the "Objection") to claims of the respondent, Harvey

Fertilizer & Gas Co, ("Respondent").  Upon reviewing the Motion and the Objection, the

David Cox VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

Court finds that cause has been shown for the relief requested and that the relief requested is in the best interests of the Debtors' estate and should be allowed.  Therefore, having considered the Debtors' Motion and the Objection, and the relief requested therein, the following is hereby **ORDERED**:

1.      The relief requested in the Motion is hereby **GRANTED**, and the Debtors' Objection is hereby **SUSTAINED**.

2.      The Respondent's Proof of Claim No. 4 is disallowed as secured but is allowed instead as a general unsecured claim in the amount of $1,006,897.45.

3.      The Respondent' Proof of Claim No. 5 is disallowed as secured but is allowed instead as a general unsecured claim in the amount of $418,028.48.

4.      The judicial lien held by Respondent, (the "Judicial Lien"),  arising from a judgment in the amount of $902,773.25, plus interest from October 18, 2023, fees and costs, based on the Confession of Judgment in Case No. CL23000492 (the "Judgment") as indicated on the Abstract of Judgment docketed on October 18, 2023, in the Hopewell County Circuit Court Clerk's Office at Instrument No. 230000867 and thereafter recorded in the Greensville Circuit Court Clerk's Office on November 3, 2023, as Instrument Number 230000513, is avoided.

5.      Upon entry of the order of discharge, the Judgment of Respondent shall be released and marked as fully satisfied.

6.      In the event the Debtors' case is dismissed, the Judgment and the Judicial Lien of Respondent shall remain of full force and effect and this Order shall be considered null and void.

7.      Upon receipt of the order of discharge in this case, the Debtors may file a copy

of this Order and a copy of their order of discharge with the Circuit Court Clerk's Offices for

the counties of Greensville and Hopewell.

Date:  Apr 16 2025

/s/ Keith L Phillips

United States Bankruptcy Judge

I ask for this:

/s/ David Cox                                    Entered On Docket: Apr 17 2025
David Cox (VSB #38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

Seen:

/s/ Angela M. Scolforo
Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902
(434) 817-9913 x 110
ascolforo@cvillech13.net
*(Signature authority via 4/15/25 email)*

CERTIFICATE OF ENDORSEMENT

I hereby certify that the foregoing Order has been endorsed by and/or served on all
necessary parties.

/s/ David Cox
Counsel for the Movants

3

<u>Service List for Entered Order</u>:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Harvey Fertilizer and Gas Co
c/o J. Michael Fields, Esq.
P. O. Box 8088
Greenville, NC 27835-8088

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Jennifer M. Moore
5867 Skipper Rd
Emporia, VA 23847