**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re   **GLENN RANDOLPH MOORE**                  **Chapter 12**
**JENNIFER MICHELLE F. MOORE**          **Case No. 24-33168**
**Debtors.**

**ORDER CONFIRMING PLAN**

The Chapter 12 Plan filed by the Debtors on 11/25/2024, having been transmitted to all creditors; and, it having been determined that the plan meets each of the requirements of 11 U.S.C. § 1225;

It is ORDERED that:

(1) The Plan as filed or modified is CONFIRMED.

(2) Upon entry of this order, all property of the estate shall revest in the Debtors. Notwithstanding such revesting, the Debtors shall not encumber, refinance, sell or otherwise convey real property without first obtaining an order of approval from this Court.

(3) All funds received by the Chapter 12 Trustee on or before the date of an order of dismissal shall be disbursed to creditors, unless such disbursement would be de minimis, in which case the funds may be disbursed to the Debtors or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee. All funds received by the Chapter 12 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtors at their address of record.

(4) Other provisions:

  (a)  The Trustee withdraws her Motion to Dismiss (docket #40).

  (b)  Harvey Fertilizer:  Claims 4 and 5 filed by Harvey Fertilizer shall be treated as wholly unsecured claims, which shall be paid pro rata with other general unsecured claims.

  (c)  Truist Bank:  Claim 11 filed by Truist Bank shall be allowed as a general unsecured claim.  Claim 12 filed by Truist Bank shall be allowed as a secured claim in the amount of  $9,031, with payments of approximately $204 per month for 48 months, which includes 6% interest, pursuant to Part 2.5.3.2 of the Plan; and, the balance of claim 12 shall be allowed as a general unsecured claim.  Claim 13 is reduced by the $100,000 previously paid directly to Truist upon the sale of real estate, and such claim shall be an allowed general unsecured claim in the amount of $471,753.

1

(d) New Rez:  Claim 14 filed by NewRez LLC was paid in full upon the sale of real estate. No disbursements shall be made by the Trustee on claim 14.

(e) IRS:  The Trustee shall not disburse funds toward any priority portion of Proof of Claim No. 2 of the IRS of $127,191.98 until the Debtors' pending Motion to Determine Priority Amount of Claim is resolved with respect to the IRS.

(f) Attorney Fees: Upon entry of an order approving the attorney fees of $71,119.89, the Trustee is authorized to disburse such fees pursuant to Part 2.1.3 of the Plan.  No other or further attorney fees may be disbursed by the Trustee without motion and order approving such fees; however, the Trustee reserves all rights with respect to whether additional plan funding shall be required in the event that additional attorney's fees are allowed, and the confirmation this plan is not res judicata as to that issue.

(g) Chapter 7 Test;  The chapter 7 test figure is approximately $68,675.  The Court relies upon the Debtors' sworn testimony that all the businesses listed in question 19 on the Statement of Financial Affairs have $0 value, except for RPM Properties, LLC with a gross value of $2,000 and Moore Brothers Partnership with a gross value of $171,000.

(h) Disposable Income:  Trustee withdraws her Objection to Confirmation (docket #38); except that, the Trustee retains her objection pursuant to 11 U.S.C. Section 1225(b)(1)(B) Disposable Income, confirmation is not res judicata as to this issue, and the Debtors shall amend Schedules I and J, provide the Trustee with a copy of their most recent tax return, and provide three (3) months of pay advices and operating statements from all sources by:  June 1, 2025, and June 1, 2026 and June 1, 2027.

The Clerk shall forward a copy of this Order upon entry to those parties listed on the attached Copy List.

Dated: Apr 16 2025

/s/ Keith L Phillips

United States Bankruptcy Judge

**SEEN AND AGREED:**    Entered On Docket: Apr 17 2025

/s/ ANGELA M. SCOLFORO
Angela M. Scolforo, Chapter 12 Trustee
VSB # 42574
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 110
E-mail: AScolforo@cvillech13.

S/ H. DAVID COX
H. David Cox, Counsel for Debtors
Cox Law Group, PLLC
900 Lakeside Drive, Lynchburg, VA 24051
(434) 845-2600
ecf@coxlawgroup.

<u>CERTIFICATE OF ENDORSEMENT</u>

I certify that in accordance with Local Rule 9022-1(C), this Order has been endorsed by all necessary parties.

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo, Chapter 12 Trustee

<u>COPY LIST</u>

Kathryn R. Montgomery
Office of the United States Trustee
701 East Broad Street,
Suite 4304
Richmond, Virginia 23219

Glenn and Jennifer Moore, Debtors
PO Box 10
Skippers, VA 23879

H. David Cox, Counsel for Debtors
Cox Law Group, PLLC
900 Lakeside Drive,
Lynchburg, VA 24051