**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

```
------------------------------------------------------------
```
In re:                                         :
                                               :
GLENN RANDOLPH MOORE                           :        Case No. 24-33168
JENNIFER MICHELLE FERGUSON MOORE,              :        Chapter 12
                                               :
         Debtors.                              :
```
------------------------------------------------------------
```

**ORDER APPROVING FIRST INTERIM APPLICATION OF COX LAW
GROUP, PLLC FOR ALLOWANCE OF COMPENSATION AND EXPENSE
REIMBURSEMENT AS COUNSEL TO THE DEBTORS FOR
<u>PERIOD OF AUGUST 26, 2024, THROUGH MARCH 9, 2025</u>**

This matter came before the Court upon the *First Interim Application of Cox Law Group,*

*PLLC for Allowance of Compensation and Expense Reimbursement as Counsel to the Debtors*

*for the Period of August 26, 2024, through March 9, 2025* (the "**Application**"); and it appearing

to the Court that (i) proper notice of the Application has been provided to all necessary parties;

(ii) no objections to the Application has been filed, or if filed, have been resolved, overruled,

and/or withdrawn; (iii) the request for compensation and reimbursement of expenses as allowed

herein is reasonable and appropriate under the circumstances; (iv) good and sufficient cause exists

to grant the Application; and (v) the Application having satisfied the requirements of Sections

330 and 331 of the Bankruptcy Code and the Guidelines, it is hereby

```
---------------------------------------------
```
David Cox (VSB No. 38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
Telephone:  434-845-2600
Facsimile:  434-845-0727
Email:      David@coxlawgroup.com
Counsel for the Debtors

**ORDERED, ADJUDGED, AND DECREED that:**

1.        The Application is **APPROVED** and **GRANTED** in its entirety on an interim

basis.

2.        The request for compensation in the total amount of $71,119.89, consisting of

$70,050.00 for fees incurred and $1,069.89 for reimbursement expenses for the period of August

26, 2024, through March 9, 2025, is hereby **ALLOWED** on an interim basis as an administrative

expense claim.

3.        The Trustee is authorized to pay Cox Law Group, PLLC part or all of the amount

of compensation and reimbursement of expenses allowed herein as an administrative expense as

of the date of this Order, to the extent that such fees and expenses have not already been paid.

4.        Any applicable stay of this Order is hereby waived.

5.        This Court shall retain jurisdiction with respect to all matters arising from or

relating to the implementation or interpretation of this Order.

Dated: Apr 17 2025 _____        /s/ Keith L Phillips _____

                                      United States Bankruptcy Judge

Entered on Docket:

Entered On Docket:Apr 18 2025

I ask for this:

/s/ David Cox
David Cox, Esq. (VSB No. 38670)
Cox Law Group, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
(434) 845-3838 (direct)
(434) 845-3838 (facsimile)
Email: david@coxlawgroup.com
*Counsel for Debtors*

Seen:

/s/ Angela M. Scolforo
Angela M. Scolforo
P.O. Box 2103
Charlottesville, Virginia 22902
Telephone:  (434) 817-9913
Facsimile:   (434) 817-9916
E-mail: ascolforo@cvillech13. net
*Chapter 12 Trustee*

Seen:

/s/ Kathryn Montgomery
Kathryn Montgomery (VSB No. 42380)
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219
Telephone: (804) 771-2327
Kathryn.montgomery@usdoj.gov

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/s/ David Cox
David Cox

Service List:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Jennifer M. Moore
5867 Skipper Rd
Emporia, VA 23847