**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| In re: | ) | Chapter 12 |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | Case No. 24-33168 |
| | ) | |
| Debtors. | ) | |
| ------------------------------------------------------------- | ) | |
| | ) | |
| GLENN RANDOLPH MOORE | ) | |
| and | ) | |
| JENNIFER MICHELLE FERGUSON MOORE, | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| | ) | |
| Respondent. | ) | |
| -------------------------------------------------------------/ | | |

### ORDER DETERMINING PRIORITY AMOUNT OF CLAIM

The matter before the Court is the motion of Glenn Randolph Moore and Jennifer

Michelle Ferguson Moore, the debtors herein (the "Debtors"), to determine the priority

amount of the claim of respondent, Internal Revenue Service, ("Respondent"), pursuant

to 11 U.S.C. §§ 507 and 1232(a) and Federal Rule of Bankruptcy Procedure 3012 for

purposes of the administration of the Debtors' Plan in this Case.[1]  Upon reviewing the

---

[1] Any capitalized term herein not otherwise defined shall have the definition attributed to it in the Motion.

David Cox, VSB 38670
Cox Law Group, PLLC
900 Lakeside Drive, Lynchburg, VA 24501
Tel: 434-845-2600
Fax: 434-845-0727
david@coxlawgroup.com
Counsel for Movants

Motion, the Court finds that cause has been shown for the relief requested.  Therefore, having considered the Debtor's Motion and the relief requested therein, the following is hereby **ORDERED**:

1.      The relief requested in the Motion is hereby **GRANTED.**

2.      The Respondent's Proof of Claim No. 2 is allowed as follows for purposes of the administration of the Debtors' Plan in this Case in accordance with 11 U.S.C. § 1232(a): (a) Secured $40,795.08, (b) Priority $25,981.00, and (c) Unsecured General $104,753.23.

Date: May 28 2025



United States Bankruptcy Judge

Entered On Docket: May 29 2025

I ask for this:

/s/ David Cox
David Cox (VSB #38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

Seen:

/s/ Angela M. Scolforo
Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, VA 22902
(434) 817-9913 X 110
AScolforo@cvillech13.net

2

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/s/ David Cox
David Cox

Service List:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Internal Revenue Service
c/o Kieran O. Carter Trial Attorney
Tax Division U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Jennifer M. Moore
5867 Skipper Rd
Emporia, VA 23847