**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

IN RE:    GLENN MOORE
JENNIFER MOORE

Case No. 24-33168
Chapter 12

Debtors.

### TRUSTEE'S PETITION TO DISMISS CASE AND NOTICE OF HEARING

COMES NOW the Standing Chapter 12 Trustee, and moves this Court to dismiss this case because the Debtor defaulted in making plan payments pursuant to the confirmed Chapter 12 plan as follows:

**DATE OF LAST PAYMENT: 07/16/2025**

**ESTIMATED AMOUNT OF ARREARAGE**
**\*AS OF 09/03/2025 is $11,390.00**
Number of months in arrears is: **2**

To cure this default, please send payments to:

Office of the Chapter 12 Bankruptcy Trustee, Angela M. Scolforo
P.O. Box 2103
Charlottesville, VA 22902

The Trustee may request immediate dismissal of the case at the hearing below unless the Debtor(s) cure the default, submit an order resolving the default, or file an amended plan to cure the default prior to the hearing noticed below.

### NOTICE OF HEARING

The hearing on the Trustee's Motion to Dismiss Case shall be held on the date and time below, which hearing shall be held IN PERSON. Any party opposing the motion or seeking to be heard must appear before the **Honorable Keith L. Phillips, United States Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, Virginia 23219** on:

**November 12, 2025, at 9:30A.M.**

### Certificate of Service

On September 3, 2025, I mailed a copy of this Motion and Notice of Hearing by first-class mail, postage paid, to the Debtors, Glenn Randolph Moore, Jennifer Michelle Ferguson Moore, PO Box 10, Skippers, VA 23879, and served it electronically upon the Debtor's attorney.

/s/ Angela M. Scolforo

Angela M. Scolforo, Chapter 12 Trustee VSB #42574
P. O. Box 2103, Charlottesville, VA 22902
Ph: 434-817-9913, Email: ch13staff@cvillech13.net