**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

```
-----------------------------------------------------------------
In re:                                        :
                                              :
GLENN RANDOLPH MOORE                          :        Case No. 24-33168
JENNIFER MICHELLE FERGUSON MOORE,             :        Chapter 12
                                              :
        Debtors.                              :
-----------------------------------------------------------------
```

**ORDER CONTINUING HEARING**
**ON TRUSTEE'S MOTION TO DISMISS**

The matter before the Court is the motion to dismiss the Debtors' case (the "Motion to Dismiss")

as filed at Docket Entry No. 13 on September 3, 2025, and scheduled for hearing on November 12, 2025,

at 9:30 a.m.  Upon consideration of the Debtors' request to continue the hearing on the Chapter 12

Trustee's Motion to Dismiss, and with the consent of the Trustee, it is hereby **ORDERED**:

The hearing on the Trustee's Motion to Dismiss, presently scheduled for November 12, 2025, at

9:30 a.m., is continued to January 14, 2026, at 9:30 a.m., (the "Continued Hearing") to be held before the

United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad

Street, Richmond, VA 23219.

As a condition of this continuance, the Debtors shall:

1.  Make at least one full monthly plan payment of $6,010 to the Trustee on or before

    October 29, 2025;

2.  Make the November 2025 plan payment of $6,010 on or before November 30, 2025; and

3.  Make the December 2025 plan payment of $6,010 on or before December 31, 2025.

-------------------------------------
David Cox VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

If the Debtors fail to make any of the above payments by the applicable due date, the Debtors shall appear at the Continued Hearing or at an earlier date in the event that the Trustee files a certification of default and a notice of hearing on such certification, and show cause why the case should not be dismissed.

Date:    Oct 28 2025

/s/ Keith L Phillips

United States Bankruptcy Judge

Entered On Docket: Oct 28 2025

I ask for this:

/s/ David Cox
David Cox (VSB #38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

Seen:

/s/ Angela M. Scolforo
Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, VA 22902
(434) 817-9913 X 110
AScolforo@cvillech13.net

**CERTIFICATION OF ENDORSEMENT
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/s/ David Cox
David Cox

Service List:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Jennifer M. Moore
5867 Skipper Rd
Emporia, VA 23847