**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

-----------------------------------------------------------------

In re:                                                          :
                                                                :
GLENN RANDOLPH MOORE                         :          Case No. 24-33168
JENNIFER MICHELLE FERGUSON MOORE,   :          Chapter 12
                                                                :
        Debtors.                                              :
-----------------------------------------------------------------

**ORDER CONTINUING HEARING
ON TRUSTEE'S MOTION TO DISMISS**

The matter before the Court is the motion to dismiss the Debtors' case (the "Motion to Dismiss")

as filed at Docket Entry No. 103 on September 3, 2025. The Motion to Dismiss was previously continued

to January 14, 2026, at 9:30 a.m.  The Debtors, by counsel, and the Chapter 12 Trustee have represented

to the Court that the Debtors have not yet cured the default in the Debtors' plan payments; however, the

Debtors are making their ongoing payments.   The Debtors and the Trustee further represent that they are

engaged in discussions about possible resolutions to the Trustee's Motion to Dismiss.  The Debtors have

requested a continuance of the Motion to Dismiss in order to allow for additional time to resolve the

Motion to Dismiss, and the Trustee has consented to the same under certain conditions as set forth herein.

Upon consideration of the Debtors' request to continue the hearing on the Chapter 12 Trustee's

Motion to Dismiss, and with the consent of the Trustee, it is hereby **ORDERED**:

The hearing on the Trustee's Motion to Dismiss, presently scheduled for January 14, 2026, at

9:30 a.m., is continued to May 20, 2026, at 9:30 a.m., (the "Continued Hearing") to be held before the

United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad

-------------------------------------
David Cox VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

Street, Richmond, VA 23219.

As a condition of this continuance, the Debtors shall:

1.  Make the January 2026 plan payment of $6,010 to the Trustee on or before January 31, 2026;

2.  Make the February 2026 plan payment of $6,010 on or before February 28, 2026;

3.  Make the March 2026 plan payment of $6,010 on or before March 31, 2026; and

4.  On or before March 31, 2026, the Debtors shall take one of the following actions to address the Motion to Dismiss: (a) cure all plan default, (b) modify the plan under 11 U.S.C. § 1229, (c) file a motion to convert the case, or (d) if appropriate, file a motion under 11 U.S.C. § 1228(b).

If the Debtors fail to make any of the above payments by the applicable due date or fail to address the resolution of the Motion to Dismiss under paragraph 4 above, the Debtors shall appear at the Continued Hearing or at an earlier date in the event that the Trustee files a certification of default, together with a notice of hearing or request for expedited hearing, and show cause why the case should not be dismissed.

Date: Jan 13 2026

/s/ Keith L Phillips

United States Bankruptcy Judge

I ask for this:

Entered On Docket: Jan 13 2026

/s/ David Cox
David Cox (VSB #38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, Virginia 24501
434/845/2600
434/845/0727 (Facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

Seen:

/s/ Angela M. Scolforo
Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, VA 22902
(434) 817-9913 X 110
AScolforo@cvillech13.net
*Chapter 12 Trustee*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/s/ David Cox
David Cox

Service List:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Jennifer M. Moore
5867 Skipper Rd
Emporia, VA 23847