**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

----------------------------------------------------------------
In re:                                          :
                                                :
GLENN RANDOLPH MOORE              :     Case No. 24-33168
JENNIFER MICHELLE FERGUSON MOORE,    :     Chapter 12
                                                :
        Debtors.                                :
----------------------------------------------------------------

**ORDER APPROVING FIRST INTERIM APPLICATION OF BARRY STRICKLAND & COMPANY, CERTIFIED PUBLIC ACCOUNTANTS, FOR ALLOWANCE OF COMPENSATION AND EXPENSE REIMBURSEMENT AS ACCOUNTANT  TO THE DEBTORS FOR PERIOD OF NOVEMBER 1, 2024, THROUGH MARCH 10, 2025**

This matter came before the Court upon the *First Interim Application of Barry Strickland & Company, Certified Public Accountants, for Allowance of Compensation and Expense Reimbursement as Accountant to the Debtors for the Period of November 1, 2024, through March 10, 2025* (the "**Application**"); and it appearing to the Court that (i) proper notice of the Application has been provided to all necessary parties; (ii) no objections to the Application has been filed, or if filed, have been resolved, overruled, and/or withdrawn; (iii) the request for compensation and reimbursement of expenses as allowed herein is reasonable and appropriate under the circumstances; (iv) good and sufficient cause exists to grant the Application; and (v)

----------------------------------------------
David Cox (VSB No. 38670)
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
Telephone:  434-845-2600
Facsimile:   434-845-0727
Email:      David@coxlawgroup.com
Counsel for the Debtors

the Application having satisfied the requirements of Sections 330 and 331 of the Bankruptcy Code and the Guidelines, it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The Application is **APPROVED** and **GRANTED** in its entirety on an interim basis.

2.      The request for compensation in the total amount of $1,439.70, consisting of $1,439.70 for fees incurred and $0.00 for reimbursement expenses for the period of November 1, 2024, through March 10, 2025, is hereby **ALLOWED** on an interim basis as an administrative expense claim.

3.      The Trustee is authorized to pay Barry Strickland & Company, Certified Public Accountants, part or all of the amount of compensation and reimbursement of expenses allowed herein as an administrative expense as of the date of this Order, to the extent that such fees and expenses have not already been paid.

4.      Any applicable stay of this Order is hereby waived.

5.      This Court shall retain jurisdiction with respect to all matters arising from or relating to the implementation or interpretation of this Order.

Dated:  Feb 13 2026

/s/ Keith L Phillips
United States Bankruptcy Judge

Entered On Docket: Feb 13 2026

I ask for this:

/s/ David Cox
David Cox (VSB No. 38670)
Cox Law Group, PLLC
900 Lakeside Drive, Lynchburg, Virginia 24501
(434) 845-3838 (direct), (434) 845-3838 (facsimile)
Email: david@coxlawgroup.com
*Counsel for Debtors*

Seen and No Objection:

/s/ Angela M. Scolforo
Angela M. Scolforo
P.O. Box 2103
Charlottesville, Virginia 22902
Telephone:  (434) 817-9913
Facsimile:  (434) 817-9916
E-mail: ascolforo@cvillech13. net
*Chapter 12 Trustee*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/s/ David Cox
David Cox

Service List:

Angela M. Scolforo
Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Jennifer M. Moore
5867 Skipper Rd
Emporia, VA 23847