**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

-----------------------------------------------------------------

In re:                                                      :
                                                            :
GLENN RANDOLPH MOORE                         :          Case No. 24-33168
JENNIFER MICHELLE FERGUSON MOORE,  :          Chapter 12
                                                            :
        Debtors.                                       :
-----------------------------------------------------------------

**ORDER GRANTING MOTION TO WITHDRAW**
**AS COUNSEL AND EXTENDING DEADLINE**

Upon consideration of the Motion to Withdraw as Counsel and to Extend Deadline (the

"Motion"), and it appearing that cause exists for the relief requested therein, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that David Cox and Cox Law Group are permitted to withdraw as counsel for

the Debtors; and it is further

ORDERED that the deadline established by prior order of this Court requiring action on

or before March 31, 2026, is hereby extended to May 20, 2026; and it is further

ORDERED that the Debtors shall be responsible for proceeding in this case, either *pro se*

or through newly retained counsel; and it is further

ORDERED that the Clerk shall note the withdrawal of counsel upon entry of this Order.

Apr 21 2026

ENTERED: Apr 21 2026

/s/ Keith L Phillips
_____
UNITED STATES BANKRUPTCY JUDGE

David Cox VSB 38670
COX LAW GROUP, PLLC
900 Lakeside Drive
Lynchburg, VA 24501
434/845-3838 (direct)
434/845-3838 (facsimile)
david@coxlawgroup.com
*Counsel for the Debtors*

I ask for this:

/s/ David Cox
David Cox (VSB No. 38670)
Cox Law Group, PLLC
900 Lakeside Drive, Lynchburg, Virginia 24501
(434) 845-3838 (direct), (434) 845-3838 (facsimile)
Email: david@coxlawgroup.com
*Counsel for Debtors*

Seen and No Objection:

/s/ Angela M. Scolforo
Angela M. Scolforo
P.O. Box 2103
Charlottesville, Virginia 22902
Telephone:  (434) 817-9913
Facsimile:   (434) 817-9916
E-mail: ascolforo@cvillech13. net
*Chapter 12 Trustee*

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/s/ David Cox
David Cox

Service List:

Angela M. Scolforo
Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
3695 Skippers Rd
Skippers, VA 23879

Jennifer M. Moore
PO Box 271
Emporia, VA 23847