### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:                                                     :
                                                           :
JENNIFER MICHELLE FERGUSON MOORE,      : Case No: 24-33168-KLP
n/k/a JENNIFER MICHELLE FERGUSON LINK,  :
                                                           : Chapter 12
        Debtor.                                        :

### DEBTOR'S CORRECTED NOTICE TO CONVERT CASE
### FROM CHAPTER 12 TO CHAPTER 7

The Debtor, Jennifer Michelle Ferguson Moore, now known as Jennifer Michelle

Ferguson Link, pursuant to 11 U.S.C. §1208, hereby elects to convert the above-

captioned chapter 12 case to a case under chapter 7 of the Bankruptcy Code.  The Debtor

is entitled to convert her case because:

1.  This case, filed on August 26, 2024, is a case under chapter 12 of the

Bankruptcy Code.

2.  The Debtor is eligible to be a debtor under chapter 7 of the Bankruptcy Code.

WHEREFORE, the Debtor prays for relief under chapter 7 of the Bankruptcy

Code.

                                             JENNIFER MICHELLE FERGUSON MOORE
                                             n/k/a JENNIFER MICHELLE FERGUSON LINK
                                             By counsel

/s/James H. Wilson, Jr.
James H. Wilson, Jr.
Counsel for Debtor
VSB No: 27878
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464

James H. Wilson, Jr., VSB No: 27878                                     1
Counsel for Debtor
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464

PROOF OF SERVICE

I certify that I have this 19th day of May, 2026, served a true copy of the foregoing Corrected Notice on the parties shown on the attached list of creditors by first-class mail, postage prepaid, and/or ECF.

/s/ James H. Wilson, Jr.
James H. Wilson, Jr., VSB No: 27878
Counsel for Jennifer Moore

James H. Wilson, Jr., VSB No: 27878                    2
Counsel for Debtor
4860 Cox Road, Suite 200
Glen Allen, VA  23060
(804) 740-6464