**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Richmond Division)**

```
-----------------------------------------------------------X
In re:                                      :        Chapter 12
                                            :
GLENN RANDOLPH MOORE,                       :        Case No. 24-33168-KLP
            Debtor.                         :
                                            :
-----------------------------------------------------------X
```

**ENTRY OF APPEARANCE AS COUNSEL FOR DEBTOR <u>GLENN RANDOLPH</u>**
**<u>MOORE</u>**

Please enter the appearance of the undersigned as counsel for Debtor GLENN

RANDOLPH MOORE only.

   Dated: May 22, 2026

                                  _/s/ Daniel M. Press_____
                                  Daniel M. Press, VSB 37123
                                  Chung & Press, P.C.
                                  6718 Whittier Ave., Suite 200
                                  McLean, VA 22101
                                  (703) 734-3800
                                  dpress@chung-press.com

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor GLENN RANDOLPH MOORE

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of May, 2026, I caused to be served the foregoing Entry of Appearance on the U.S. Trustee, the Chapter 12 Trustee, and all parties requesting notice by CM/ECF.

_/s/ Daniel M. Press_____
Daniel M. Press