UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

------------------------------------------------------------------

In re:                                               :
                                                     :
GLENN RANDOLPH MOORE                                 :          Case No. 24-33168
                                                     :          Chapter 12
                                                     :
            Debtor.                                  :
------------------------------------------------------------------

**ORDER CONTINUING HEARING
ON TRUSTEE'S MOTION TO DISMISS**

The matter before the Court is the motion to dismiss the Debtor's case (the "Motion to Dismiss")

as filed at Docket Entry No. 103 on September 3, 2025. The Motion to Dismiss was previously continued

to May 20, 2026, at 9:30 a.m. and an *ore tenus* hearing was conducted on that day at which the Chapter 12

Trustee, the Debtor, and his new counsel, Daniel Press, each appeared.  The Debtor, by counsel, and the

Chapter 12 Trustee represented to the Court that the Debtor has not yet cured the default in the Debtor's

plan payments.  The Debtor and the Trustee further represented that they are engaged in discussions about

possible resolutions to the Trustee's Motion to Dismiss.  The Debtor requested a continuance of the

Motion to Dismiss in order to allow for additional time to resolve the Motion to Dismiss, and the Trustee

consented to the same under certain conditions as set forth herein.

Upon consideration of the Debtor's request to continue the hearing on the Chapter 12 Trustee's

Motion to Dismiss, and with the consent of the Trustee, it is hereby **ORDERED**:

The hearing on the Trustee's Motion to Dismiss is continued to July 29, 2026, at 9:30 a.m.,

(the "Continued Hearing") to be held before the United States Bankruptcy Court for the Eastern District

of Virginia, Richmond Division, 701 East Broad Street, Richmond, VA 23219.

1

As a condition of this continuance, the Debtor shall:

1. On or before June 18, 2026, tender a payment of $3,000 to the Trustee.

2. On or before June 22, 2026, file amended Schedules I and J, and provide proof of income for at least March-May 2026,

3. On or before June 22, 2026, the Debtor shall take one of the following actions to address the Motion to Dismiss: (a) modify the plan under 11 U.S.C. § 1229, or (b) if appropriate, file a motion under 11 U.S.C. § 1228(b).

If the Debtor (i) fails to make the above payment by the applicable due date or (ii) fails to file amended schedules and provide income information, or (iii) fails to address the resolution of the Motion to Dismiss under paragraph 3 above, the Debtor shall appear at the Continued Hearing, and show cause why the case should not be dismissed.

May 22 2026
_____

Entered

/s/ Keith L Phillips
_____

United States Bankruptcy Judge

Entered On Docket:  May 26 2026

I ask for this:

/S/ DANIEL M. PRESS
Daniel M. Press VSB 37123
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
dpress@chung-press.com
Counsel for the Debtor

 Seen and Agreed:

/S/ ANGELA M. SCOLFORO

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103, Charlottesville, VA 22902
(434) 817-9913 X 110
AScolforo@cvillech13.net

2

## CERTIFICATION OF ENDORSEMENT
## <u>UNDER LOCAL BANKRUPTCY RULE 9022-1(C)</u>

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

<u>/S/ ANGELA M. SCOLFORO</u>
Angela M. Scolforo

<u>Service List:</u>

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Daniel M. Press (by CM/ECF)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101