**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

-------------------------------------------------------------

In re:                                                   :
                                                         :
GLENN RANDOLPH MOORE                   :          Case No. 24-33168
                                                         :          Chapter 12
                                                         :
        Debtor.                                       :

-------------------------------------------------------------

**ORDER CONTINUING HEARING
ON TRUSTEE'S MOTION TO DISMISS**

The matter before the Court is the motion to dismiss the Debtor's case (the "Motion to Dismiss")

as filed at Docket Entry No. 103 on September 3, 2025. The Motion to Dismiss was previously continued

to May 20, 2026, at 9:30 a.m. and an *ore tenus* hearing was conducted on that day at which the Chapter 12

Trustee, the Debtor, and his new counsel, Daniel Press, each appeared.  The Debtor, by counsel, and the

Chapter 12 Trustee represented to the Court that the Debtor has not yet cured the default in the Debtor's

plan payments.  The Debtor and the Trustee further represented that they are engaged in discussions about

possible resolutions to the Trustee's Motion to Dismiss.  The Debtor requested a continuance of the

Motion to Dismiss in order to allow for additional time to resolve the Motion to Dismiss, and the Trustee

consented to the same under certain conditions as set forth herein.

Upon consideration of the Debtor's request to continue the hearing on the Chapter 12 Trustee's

Motion to Dismiss, and with the consent of the Trustee, it is hereby **ORDERED**:

The hearing on the Trustee's Motion to Dismiss is continued to July 29, 2026, at 9:30 a.m.,

(the "Continued Hearing") to be held before the United States Bankruptcy Court for the Eastern District

of Virginia, Richmond Division, 701 East Broad Street, Richmond, VA 23219.

1

As a condition of this continuance, the Debtor shall:

1. On or before June 18, 2026, tender a payment of $3,000 to the Trustee.

2. On or before June 22, 2026, file amended Schedules I and J, and provide proof of income for at least March-May 2026,

3. On or before June 22, 2026, the Debtor shall take one of the following actions to address the Motion to Dismiss: (a) modify the plan under 11 U.S.C. § 1229, or (b) if appropriate, file a motion under 11 U.S.C. § 1228(b).

If the Debtor (i) fails to make the above payment by the applicable due date or (ii) fails to file amended schedules and provide income information, or (iii) fails to address the resolution of the Motion to Dismiss under paragraph 3 above, the Debtor shall appear at the Continued Hearing, and show cause why the case should not be dismissed.


___May 22 2026___

Entered

/s/ Keith L Phillips
_____

United States Bankruptcy Judge

Entered On Docket:  May 26 2026

I ask for this:

/S/ DANIEL M. PRESS
Daniel M. Press VSB 37123
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
dpress@chung-press.com
Counsel for the Debtor

 Seen and Agreed:

/S/ ANGELA M. SCOLFORO

 Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103, Charlottesville, VA 22902
(434) 817-9913 X 110
AScolforo@cvillech13.net

2

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo

Service List:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Daniel M. Press (by CM/ECF)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

United States Bankruptcy Court

Eastern District of Virginia

| | |
|---|---|
| In re: | Case No. 24-33168-KLP |
| Glenn Randolph Moore | Chapter 12 |
| Jennifer Michelle Fergus Moore | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: CandaceMa | Page 1 of 2 |
| Date Rcvd: May 26, 2026 | Form ID: pdford7 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Randolph Moore, 3695 Skippers Rd, Skippers, VA 23879-2069 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion04.rh.ecf@usdoj.gov | May 27 2026 04:39:00 | UST smg Richmond, Office of the U. S. Trustee, 701 East Broad St., Suite 4304, Richmond, VA 23219-1849 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026               Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela M. Scolforo, Trustee | on behalf of Trustee Angela M. Scolforo  Trustee ascolforo@cvillech13.net |
| Angela M. Scolforo, Trustee | ascolforo@cvillech13.net |
| Bryson J. Hunter | on behalf of Creditor Truist Bank bhunter@spilmanlaw.com  mguilliams@spilmanlaw.com |

District/off: 0422-7

User: CandaceMa

Page 2 of 2

Date Rcvd: May 26, 2026

Form ID: pdford7

Total Noticed: 2

Daniel M. Press

on behalf of Debtor Glenn Randolph Moore dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email

James H. Wilson, Jr.

on behalf of Joint Debtor Jennifer Michelle Ferguson Moore jameswilson29@gmail.com

James H. Wilson, Jr.

on behalf of Debtor Jennifer Michelle Ferguson Moore jameswilson29@gmail.com

Jennifer J. West

on behalf of Creditor Benchmark Community Bank jwest@spottsfain.com
rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jlord@spottsfain.com;nmccullagh@spottsfain.com
;churley@spottsfain.com

Kathryn R. Montgomery

on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov
shannon.m.tingle@usdoj.gov;Michael.F.McMahon@usdoj.gov

Kieran O. Carter

on behalf of Creditor United States of America  Internal Revenue Service Kieran.O.Carter@usdoj.gov,
eastern.taxcivil@usdoj.gov;Ward.W.Benson@usdoj.gov;ari.d.kunofsky@usdoj.gov;ryan.mcmonagle@usdoj.gov;Gokce.T.Yurekl
i@usdoj.gov

Landon Thomas Kemnitz

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing lkemnitz@raslg.com

Matthew W. Cheney

USTPRegion04.RH.ECF@usdoj.gov

Peter M. Pearl

on behalf of Creditor Truist Bank ppearl@spilmanlaw.com  scormany@spilmanlaw.com

Robert P. McIntosh

on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov,
USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;Kendall.Peck@usdoj.gov;CaseView.ECF@usdoj.gov

Shannon T Morgan

on behalf of Trustee Angela M. Scolforo  Trustee smorgan@cvillech13.net


TOTAL: 14