UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In Re:  **GLENN RANDOLPH MOORE**                    Chapter 12
**Debtor.**                              Case No:    **24-33168**

### TRUSTEE'S CERTIFICATION TO DISMISS

Comes now Angela M. Scolforo, Chapter 12 Trustee, who reports and certifies that the Debtor has not complied with the terms of the May 26, 2026, Continuation Order, and certifies this case for dismissal for the following reasons:

The Continuation Order entered May 26, 2026, docket #137, required the Debtor to:

1. On or before June 18, 2026, tender a payment of $3,000 to the Trustee,

2. On or before June 22, 2026, file amended Schedules I and J, and provide proof of income for at least March-May 2026,

3. On or before June 22, 2026, the Debtor shall take one of the following actions to address the Motion to Dismiss:  (a) modify the plan under 11 U.S.C.§ 1229, or (b) if appropriate, file a motion under 11 U.S.C. § 1228(b).

The Debtor has not complied with any of these requirements.

1. The Trustee has not received a payment of $3,000, or any payment.

2. The Debtor has not filed amended Schedules I and J.

3. The Trustee has not received any evidence of Debtor's income.

4. The Debtor has not filed any motion at all.

THEREFORE, the Trustee certifies that this case should be dismissed.

OFFICE OF THE CHAPTER 12 TRUSTEE

Dated:  July 13, 2026              /S/ ANGELA M. SCOLFORO
                              Angela M. Scolforo, Trustee

1

P.O. Box 2103, Charlottesville, VA 22902
(434) 817-9913 ext. 110
AScolforo@CvilleCh13.net

Certificate of Service

I, Angela Scolforo, certify that on this 13th day of July, 2026, I provided service of this Certification upon the Debtor, by first-class mail, postage paid, and upon his attorney by electronic service.

/S/ ANGELA M. SCOLFORO

2