**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

---------------------------------------------------------------

In re:                                                      :
                                                            :
GLENN RANDOLPH MOORE                     :            Case No. 24-33168
                                                            :            Chapter 12
                                                            :
            Debtor.                                     :
---------------------------------------------------------------

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS**

This cause came on to be heard upon the Trustee's Motion to Dismiss . It appearing to the Court that the Debtor has failed to comply with the terms of the May 26, 2026 Continuance Order and is in default of payments under the confirmed plan.  It is therefore ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 12 is and the same be hereby dismissed.

It is further ORDERED that any funds received by the Chapter 12 Trustee will be paid first to any costs of administration and the balance remitted to the debtor.

The Clerk shall serve a copy of this Order on the Debtor(s), their Attorney and the Chapter 12 Trustee..

Jul 15 2026                                          /s/ Keith L Phillips
Entered                                               United States Bankruptcy Judge

                                                         Entered On Docket: Jul 16 2026

I ask for this:

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, VA 22902
(434) 817-9913 X 110
AScolforo@cvillech13.net

1

SEEN AND NO OBJECTION:

/S/ DANIEL M. PRESS
Daniel M. Press VSB 37123
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
dpress@chung-press.com
Counsel for the Debtor

## CERTIFICATION OF ENDORSEMENT
## UNDER LOCAL BANKRUPTCY RULE 9022-1(C)

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo

Service List:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Daniel M. Press (by CM/ECF)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

2