# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number**  24−33168−KLP
**Chapter**  12

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Glenn Randolph Moore
3695 Skippers Rd
Skippers, VA 23879

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
Debtor: xxx−xx−4814

Employer Tax−Identification (EIN) No(s).(if any):
Debtor:  NA

## NOTICE OF DISMISSAL OF CASE

Notice is hereby given that an order was entered on July 16, 2026 dismissing the above−captioned case.

Dated:  July 16, 2026

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

[VAN015vDec2009.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                  Case No. 24-33168-KLP

Glenn Randolph Moore                                                                    Chapter 12
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: MichelleS | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: VAN015 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Glenn Randolph Moore, 3695 Skippers Rd, Skippers, VA 23879-2069 |
| intp | | J. Michael Fields, Ward and Smith, P.A., Post Office Box 8088, Greenville, NC 27835-8088 |
| 17052102 | + | Amanda Gutshall, 201 Blank Ln., Emporia, VA 23847-6332 |
| 16503849 | + | Americot, Inc., LegumFitzpatrick, PLC, 4004 Williamsburg Court, Fairfax, VA 22032-1139 |
| 17052141 | + | Anthem BCBS, PO Box 27401, Richmond, VA 23279-7401 |
| 16503850 | | Benchmark Bank, 9056 N Mecklenburg, South Hill, VA 23970 |
| 16549096 | + | Benchmark Community Bank, c/o Spotts Fain PC, 411 E. Franklin St., Ste. 600, Richmond, VA 23219-2200 |
| 17052103 | + | Christina Pearson, 23407 Forest Green Drive, Borden, IN 47106-8026 |
| 17052143 | + | DE Dept of Revenue, 820 N French St, Wilmington, DE 19801-3509 |
| 16503853 | | Donald Moore, 3727 Skippers Rd, Skippers, VA 23879-2070 |
| 17052140 | | Gastrointestinal Specialists, PO Box 71385, Charlotte, NC 28272-1385 |
| 16503854 | | Harvey Fertilizer and Gas Co., Po Box 189, Kinston, NC 28502-0189 |
| 17052101 | + | IC Systems, PO Box 64578, Saint Falls, MN 55164-0578 |
| 17052148 | + | Indiana Dept of Unemployment, 2125 State St Ste 16, New Albany, IN 47150-4972 |
| 16503856 | + | James River Equipment, 98 Expo Road, Fishersville, VA 22939-2307 |
| 16503857 | | Jennifer West, Esq, 411 E Franklin St Ste 600, Richmond, VA 23219-2200 |
| 17052105 | + | Karen McDermott, 13 Marilyn Drive, Douglas, MA 01516-2435 |
| 16503860 | | Local Seed Company n/k/a Revere Seed, 107A Grand Blvd, Greenwood, MS 38930-3562 |
| 17052151 | + | MA Dept of Unemployment, 2 Avenue de Lafayette, Boston, MA 02111-1750 |
| 17052150 | + | MO Dept of Unemployment, PO Box 59, Jefferson City, MO 65104-0059 |
| 16503863 | | Michael J. Parrish, Esq., Po Box 867, New Bern, NC 28563-0867 |
| 16503866 | | Moore Farms of Skippers LLC, 300 S Main St, Emporia, VA 23847-2028 |
| 16503867 | | Moore Farms of Skippers Partnership, 300 S Main St, Emporia, VA 23847-2028 |
| 17052147 | | NC Department of Unemployment, 2001 Mail Service Center, Raleigh, NC 27699-2000 |
| 16503868 | | Ole South Farms LLC, Po Box 100, Skippers, VA 23879-0100 |
| 16503869 | | P. George Eliades, II, Esq., 14000 N Enon Church Rd, Chester, VA 23836-3312 |
| 17052144 | + | PA Dept of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 17052149 | + | Penn Dept of Unemployment, 1700 Labor & Industry Bldg, Harrisburg, PA 17120-0105 |
| 16503870 | | Peter M. Pearl, Esq., 310 1st St Sw Ste 1100, Roanoke, VA 24011-1916 |
| 16503871 | | Quality Equipment, 307 S Main St, Seaboard, NC 27876 |
| 16503873 | + | RPM Farms, LLC, Po Box 100, Skippers, VA 23879-0100 |
| 16503872 | | Revere, 107A Grand Blvd, Greenwood, MS 38930-3562 |
| 16503874 | + | Ryan Moore and RPM Farms, LLC, Po Box 100, Skippers, VA 23879-0100 |
| 16503875 | | SolAmerica Energy, LLC, 190 Ottley Dr Ne Studio H, Atlanta, GA 30324-4060 |
| 16503876 | | Southern Farms of VA LLC, 300 S Main St, Emporia, VA 23847-2028 |
| 17052146 | + | VA Dept of Unemployment, 703 E Main Street, Richmond, VA 23219-3336 |
| 16503885 | | Wall Residences, Po Box 235, Floyd, VA 24091-0235 |
| 16503886 | | Wheeler Rental Properties, LLC, 300 S Main St, Emporia, VA 23847-2028 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

District/off: 0422-7 | User: MichelleS | Page 2 of 4
Date Rcvd: Jul 16, 2026 | Form ID: VAN015 | Total Noticed: 69

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ppearl@spilmanlaw.com | Jul 17 2026 02:42:00 | Truist Bank, c/o Peter M. Pearl, Spilman Thomas & Battle PLLC, P. O. Box 90, Roanoke, VA 24002-0090 |
| 16554782 | Email/Text: hhaseloff@westgainesseed.com | Jul 17 2026 02:42:00 | Americot, Inc., 5013 122nd St, Lubbock, TX 79424-8281 |
| 16503852 | + Email/Text: nafaxhrbk@cnhind.com | Jul 17 2026 02:42:00 | CNH Industrial Capital, PO Box 71264, Philadelphia, PA 19176-6264 |
| 16503851 | ^ MEBN | Jul 17 2026 02:36:58 | Client Services, Inc., 514 Earth City Plz Ste 310, Earth City, MO 63045-1303 |
| 16503858 | Email/Text: litbkcourtmail@johndeere.com | Jul 17 2026 02:42:00 | John Deere Financial, P.O. Box 6600, Johnston, IA 50131 |
| 17052100 | Email/Text: DEbankruptcy@domenergy.com | Jul 17 2026 02:42:00 | Dominion Energy, PO Box 26543, Richmond, VA 23290-001 |
| 16517317 | + Email/Text: BKRMailOps@weltman.com | Jul 17 2026 02:43:00 | Deere & Company d/b/a John Deere Financial, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 16527844 | Email/Text: jmf@wardandsmith.com | Jul 17 2026 02:42:00 | Harvey Fertilizer and Gas Co., c/o J. Michael Fields, Esq., Post Office Box 8088, Greenville, NC 27835-8088 |
| 17052142 | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jul 17 2026 02:43:00 | IN Dept Revenue, PO Box 7224, Indianapolis, IN 46207-7224 |
| 17052107 | EDI: IRS.COM | Jul 17 2026 06:29:00 | IRS, 400 N 8th St Box 76, Richmond, VA 23219 |
| 16503859 | + EDI: JPMORGANCHASE | Jul 17 2026 06:26:00 | JP Morgan Chase Bank, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16536254 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 17 2026 02:42:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16503861 | Email/Text: camanagement@mtb.com | Jul 17 2026 02:42:00 | M & T Bank, PO Box 62085, Baltimore, MD 21264-2146 |
| 16503862 | Email/Text: camanagement@mtb.com | Jul 17 2026 02:42:00 | M&T Credit Services, Legal Document Processing, 1100 Wherle Dr, Williamsville, NY 14221 |
| 16547296 | + Email/Text: camanagement@mtb.com | Jul 17 2026 02:42:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 17052145 | + EDI: MASSDOR | Jul 17 2026 06:26:00 | MA Dept of Revenue, 200 Arlington Street, Chelsea, MA 02150-2301 |
| 17052139 | + EDI: NCDEPREV.COM | Jul 17 2026 06:29:00 | NC Dept Revenue, PO Box 25000, Raleigh, NC 27640-0100 |
| 16560966 | Email/Text: mtgbk@shellpointmtg.com | Jul 17 2026 02:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16837583 | + Email/Text: RASEBN@raslg.com | Jul 17 2026 02:42:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 16503877 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 17 2026 02:42:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 16503878 | + Email/Text: bankruptcy@bbandt.com | Jul 17 2026 02:42:00 | Suntrust Bank n/k/a Truist Bank, Attn: Bankruptcy, Mail Code VA-RVW, PO Box 85092, Richmon, VA 23285-5092 |
| 16561353 | + EDI: AIS.COM | Jul 17 2026 06:29:00 | Synchrony Bank, by AIS InfoSource LP as agent, |

District/off: 0422-7 | User: MichelleS | Page 3 of 4
Date Rcvd: Jul 16, 2026 | Form ID: VAN015 | Total Noticed: 69

| | | | | |
|---|---|---|---|---|
| | | | | 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 16503879 | + | EDI: SYNC | Jul 17 2026 06:26:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16503880 | | Email/Text: bankruptcydepartment@tsico.com | Jul 17 2026 02:43:00 | Transworld Systems, Po Box 15130, Wilmington, DE 19850-5130 |
| 16503881 | | Email/Text: bankruptcy@bbandt.com | Jul 17 2026 02:42:00 | Truist Bank, Po Box 85041, Richmond, VA 23285-5041 |
| 16558843 | + | Email/Text: ppearl@spilmanlaw.com | Jul 17 2026 02:42:00 | Truist Bank, c/o Peter M. Pearl, P. O. Box 90, Roanoke, VA 24002-0090 |
| 16503882 | | Email/Text: bankruptcy@bbandt.com | Jul 17 2026 02:42:00 | Truist Bank, Po Box 849, Wilson, NC 27894-0849 |
| 16521098 | + | Email/Text: bankruptcy@bbandt.com | Jul 17 2026 02:42:00 | Truist Bank, Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 16503883 | + | Email/Text: bankruptcynotices@sba.gov | Jul 17 2026 02:42:00 | U.S. Small Business Administration, 409 3rd St. SW, Washington, DC 20416-0002 |
| 17052108 | + | Email/Text: va_tax_bk@harriscollect.com | Jul 17 2026 02:43:00 | Va Dept of Taxation, PO Box 1777, Richmond, VA 23218-1777 |
| 16503884 | + | Email/Text: va_tax_bk@harriscollect.com | Jul 17 2026 02:43:00 | Virginia Department of Taxation, Atten: Bankruptcy Unit, PO Box 2156, Richmond, VA 23218-2156 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | United States of America, Internal Revenue Service |
| cr | *+ | Benchmark Community Bank, c/o Spotts Fain PC, 411 E. Franklin St., Suite 600, Richmond, VA 23219-2200 |
| 17052106 | * | IRS, PO Box 931000, Louisville, KY 40293-1000 |
| 16503855 | *+ | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 16503864 | ##+ | Moore Brothers Partnership, PO Box 328, Skippers, VA 23879-0328 |
| 16503865 | ##+ | Moore Brothers Partnership, PO Box Box 328, Skippers, VA 23879-0328 |
| 17052104 | ##+ | Patricia Busby, 505 South Street, Stockton, MO 65785-8518 |

TOTAL: 2 Undeliverable, 3 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela M. Scolforo, Trustee | ascolforo@cvillech13.net |
| Angela M. Scolforo, Trustee | on behalf of Trustee Angela M. Scolforo  Trustee ascolforo@cvillech13.net |
| Bryson J. Hunter | on behalf of Creditor Truist Bank bhunter@spilmanlaw.com  mguilliams@spilmanlaw.com |
| Daniel M. Press | on behalf of Debtor Glenn Randolph Moore dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| James H. Wilson, Jr. | on behalf of Debtor Jennifer Michelle Ferguson Moore jameswilson29@gmail.com |
| Jennifer J. West | on behalf of Creditor Benchmark Community Bank jwest@spottsfain.com rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jlord@spottsfain.com;nmccullagh@spottsfain.com;churley@spottsfain.com |
| Kathryn R. Montgomery | on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov shannon.m.tingle@usdoj.gov;Michael.F.McMahon@usdoj.gov |
| Kieran O. Carter | on behalf of Creditor United States of America  Internal Revenue Service Kieran.O.Carter@usdoj.gov, eastern.taxcivil@usdoj.gov;Ward.W.Benson@usdoj.gov;ari.d.kunofsky@usdoj.gov;ryan.mcmonagle@usdoj.gov;Gokce.T.Yurekli@usdoj.gov |
| Landon Thomas Kemnitz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing lkemnitz@raslg.com |
| Matthew Thomas Sutter | on behalf of Creditor Christina M Pearson matt@sutterandterpak.com  steve@sutterandterpak.com |
| Matthew W. Cheney | USTPRegion04.RH.ECF@usdoj.gov |
| Peter M. Pearl | on behalf of Creditor Truist Bank ppearl@spilmanlaw.com  scormany@spilmanlaw.com |
| Robert P. McIntosh | on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov, USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;Kendall.Peck@usdoj.gov;CaseView.ECF@usdoj.gov |
| Shannon T Morgan | on behalf of Trustee Angela M. Scolforo  Trustee smorgan@cvillech13.net |


TOTAL: 14