**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

-------------------------------------------------------------

In re:                                                    :
                                                          :
GLENN RANDOLPH MOORE                    :          Case No. 24-33168
                                                          :          Chapter 12
                                                          :
        Debtor.                                      :
-------------------------------------------------------------

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS

This cause came on to be heard upon the Trustee's Motion to Dismiss . It appearing to the Court that the Debtor has failed to comply with the terms of the May 26, 2026 Continuance Order and is in default of payments under the confirmed plan.  It is therefore ORDERED, ADJUDGED and DECREED that the petition filed herein by the Debtor under Chapter 12 is and the same be hereby dismissed.

It is further ORDERED that any funds received by the Chapter 12 Trustee will be paid first to any costs of administration and the balance remitted to the debtor.

The Clerk shall serve a copy of this Order on the Debtor(s), their Attorney and the Chapter 12 Trustee..

Jul 15 2026                                    /s/ Keith L Phillips
_____                                _____
Entered                                         United States Bankruptcy Judge


                                                    Entered On Docket: Jul 16 2026

I ask for this:

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, VA 22902
(434) 817-9913 X 110
AScolforo@cvillech13.net

1

SEEN AND NO OBJECTION:

/S/ DANIEL M. PRESS
Daniel M. Press VSB 37123
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101
703-734-3800
dpress@chung-press.com
Counsel for the Debtor

**CERTIFICATION OF ENDORSEMENT
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

I hereby certify, under Local Rule 9022-1, that the foregoing proposed Order has been endorsed by and/or served upon all necessary parties.

/S/ ANGELA M. SCOLFORO
Angela M. Scolforo

Service List:

Angela M. Scolforo, Chapter 12 Trustee
P.O. Box 2103
Charlottesville, Virginia 22902

Kathryn Montgomery
Office of the United States Trustee
701 E. Broad Street, Ste. 4303
Richmond, Virginia 23219

Glenn R. Moore
5867 Skipper Rd
Emporia, VA 23847

Daniel M. Press (by CM/ECF)
Chung & Press, P.C.
6718 Whittier Ave. #200
McLean, VA 22101

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                            Case No. 24-33168-KLP

Glenn Randolph Moore                                                            Chapter 12
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-7 | User: MichelleS | Page 1 of 2 |
| Date Rcvd: Jul 16, 2026 | Form ID: pdford6 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID                    Recipient Name and Address**
      +  Glenn R. Moore, 5867 Skipper Rd, Emporia, VA 23847-7348
      +  Kathryn Montgomery, Office of the United States Trustee, 701 E. Broad Street, Ste. 4303, Richmond, VA 23219-1833


TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**


**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Jul 18, 2026                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela M. Scolforo, Trustee | on behalf of Trustee Angela M. Scolforo  Trustee ascolforo@cvillech13.net |
| Angela M. Scolforo, Trustee | ascolforo@cvillech13.net |
| Bryson J. Hunter | on behalf of Creditor Truist Bank bhunter@spilmanlaw.com  mguilliams@spilmanlaw.com |
| Daniel M. Press | on behalf of Debtor Glenn Randolph Moore dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| James H. Wilson, Jr. | on behalf of Debtor Jennifer Michelle Ferguson Moore jameswilson29@gmail.com |
| Jennifer J. West | on behalf of Creditor Benchmark Community Bank jwest@spottsfain.com |

District/off: 0422-7                                    User: MichelleS                                    Page 2 of 2

Date Rcvd: Jul 16, 2026                              Form ID: pdford6                                Total Noticed: 2

rchappell@spottsfain.com;tmoore@spottsfain.com;eanderson@spottsfain.com;jlord@spottsfain.com;nmccullagh@spottsfain.com
;churley@spottsfain.com

Kathryn R. Montgomery

on behalf of U.S. Trustee Matthew W. Cheney Kathryn.Montgomery@usdoj.gov
shannon.m.tingle@usdoj.gov;Michael.F.McMahon@usdoj.gov

Kieran O. Carter

on behalf of Creditor United States of America  Internal Revenue Service Kieran.O.Carter@usdoj.gov,
eastern.taxcivil@usdoj.gov;Ward.W.Benson@usdoj.gov;ari.d.kunofsky@usdoj.gov;ryan.mcmonagle@usdoj.gov;Gokce.T.Yurekl
i@usdoj.gov

Landon Thomas Kemnitz

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing lkemnitz@raslg.com

Matthew Thomas Sutter

on behalf of Creditor Christina M Pearson matt@sutterandterpak.com  steve@sutterandterpak.com

Matthew W. Cheney

USTPRegion04.RH.ECF@usdoj.gov

Peter M. Pearl

on behalf of Creditor Truist Bank ppearl@spilmanlaw.com  scormany@spilmanlaw.com

Robert P. McIntosh

on behalf of Creditor United States of America  Internal Revenue Service Robert.McIntosh@usdoj.gov,
USAVAE.RIC.ECF.CIVIL@usdoj.gov;Ramona.ONeil@usdoj.gov;Kendall.Peck@usdoj.gov;CaseView.ECF@usdoj.gov

Shannon T Morgan

on behalf of Trustee Angela M. Scolforo  Trustee smorgan@cvillech13.net


TOTAL: 14