**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br>GLENN RANDOLPH MOORE<br><br>Debtor(s) | Case No. 24-33168 |

**CHAPTER 12 CASE TRUSTEE'S FINAL REPORT AND ACCOUNT**

Angela M. Scolforo, chapter 12 trustee appointed under 11 U.S.C. § 1202(a), submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 12 (1). The trustee declares under penalty of perjury as follows:

1) The case was filed on 08/26/2024.

2) The plan was confirmed on 04/17/2025.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1229 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan NA .

5) The case was dismissed on 07/18/2026.

6) Number of months from filing or conversion to last payment: 18.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All estate bank statements, deposit slips, and cancelled checks, or acceptable copies or images thereof, have been submitted to the United States Trustee.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $67,100.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** **$67,100.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $40,989.29 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $6,710.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$47,699.29**

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AMERICOT, INC | Unsecured | 96,899.00 | 169,578.56 | 169,578.56 | 0.00 | 0.00 |
| BARRY STRICKLAND & COMPANY | Unsecured | NA | 1,439.70 | 1,439.70 | 128.63 | 0.00 |
| BENCHMARK BANK | Unsecured | 51,787.74 | NA | NA | 0.00 | 0.00 |
| BENCHMARK COMMUNITY BANK | Secured | NA | 1,918,476.14 | NA | 0.00 | 0.00 |
| CNH INDUSTRIAL CAPITAL | Unsecured | 36,323.00 | NA | NA | 0.00 | 0.00 |
| DEERE & COMPANY | Unsecured | 20,055.00 | 6,362.16 | 6,362.16 | 0.00 | 0.00 |
| DONALD MOORE | Unsecured | 114,798.46 | NA | NA | 0.00 | 0.00 |
| HARVEY FERTILIZER AND GAS CO. | Unsecured | 494,429.24 | 418,028.48 | 418,028.48 | 0.00 | 0.00 |
| HARVEY FERTILIZER AND GAS CO. | Unsecured | NA | 1,006,897.45 | 1,006,897.45 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 124,019.00 | 127,191.98 | 25,981.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 56,811.00 | 3,542.25 | 104,753.23 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 40,795.08 | 40,795.08 | 13,327.64 | 2,680.44 |
| JAMES RIVER EQUIPMENT | Unsecured | 30,144.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK, NA | Unsecured | 6,097.00 | 6,097.31 | 6,097.31 | 0.00 | 0.00 |
| LOCAL SEED COMPANY N/K/A REVE | Unsecured | 70,000.00 | NA | NA | 0.00 | 0.00 |
| M&T BANK | Secured | NA | 705.29 | 705.29 | 0.00 | 0.00 |
| M&T CREDIT SERVICES | Unsecured | 27,740.00 | NA | NA | 0.00 | 0.00 |
| NEWREZ LLC d/b/a SHELLPOINT MO | Secured | NA | 253,808.74 | NA | 0.00 | 0.00 |
| OLE SOUTH FARMS LLC | Priority | NA | NA | NA | 0.00 | 0.00 |
| QUALITY EQUIPMENT | Unsecured | 36,932.00 | NA | NA | 0.00 | 0.00 |
| RPM FARMS, LLC | Priority | NA | NA | NA | 0.00 | 0.00 |
| RYAN MOORE AND RPM FARMS, LL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SOLAMERICA ENERGY, LLC | Priority | NA | NA | NA | 0.00 | 0.00 |
| SUNTRUST BANK N/K/A TRUIST BA | Unsecured | 13,903.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 17,976.00 | 17,976.92 | 17,976.92 | 0.00 | 0.00 |
| TRUIST BANK | Secured | NA | 9,031.00 | 9,792.00 | 3,264.00 | 0.00 |
| TRUIST BANK | Secured | NA | 100,000.00 | NA | 0.00 | 0.00 |
| TRUIST BANK | Unsecured | NA | 922,042.21 | 922,042.21 | 0.00 | 0.00 |
| TRUIST BANK | Unsecured | NA | 6,088.37 | 6,088.37 | 0.00 | 0.00 |
| TRUIST BANK | Unsecured | NA | 13,903.03 | 13,903.03 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TRUIST BANK | Unsecured | NA | 563,078.98 | 471,753.00 | 0.00 | 0.00 |
| TRUIST BANK | Unsecured | 316,090.20 | 316,090.20 | 316,090.20 | 0.00 | 0.00 |
| U.S. SMALL BUSINESS ADMINISTRA | Unsecured | 72,783.00 | NA | NA | 0.00 | 0.00 |
| U.S. SMALL BUSINESS ADMINISTRA | Unsecured | 59,517.00 | NA | NA | 0.00 | 0.00 |
| VIRGINIA DEPARTMENT OF TAXAT | Priority | 28,464.00 | NA | NA | 0.00 | 0.00 |
| WALL RESIDENCES | Priority | NA | NA | NA | 0.00 | 0.00 |
| WHEELER RENTAL PROPERTIES, L | Priority | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $705.29 | $0.00 | $0.00 |
| All Other Secured | $50,587.08 | $16,591.64 | $2,680.44 |
| **TOTAL SECURED:** | **$51,292.37** | **$16,591.64** | **$2,680.44** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $25,981.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$25,981.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$3,461,010.62** | **$128.63** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $47,699.29 | |
| Disbursements to Creditors | $19,400.71 | |
| **TOTAL DISBURSEMENTS** : | | **$67,100.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administra matters for which the trustee is responsible have been completed. The trustee requests a final decr entered that discharges the trustee, closes the estate, and grants such other relief as may be just an proper.

Dated: 10/30/2026

By: /s/ Angela M. Scolforo
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.